DIAMOND McCARTHY LLP
Charles M. Rubio
Sheryl P. Giugliano
295 Madison Ave, 27th Floor
New York, NY 10017
Tel: (212) 430-5400
crubio@diamondmccarthy.com
sgiugliano@diamondmccarthy.com

*Proposed Counsel to Ponderosa-State Energy, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:

PONDEROSA-STATE ENERGY, LLC

      Debtor.
---------------------------------------------------------x

Case No. 19-13011 (JLG)

Chapter 11

# NOTICE OF PRESENTMENT OF
# DEBTOR'S MOTION FOR ENTRY OF AN ORDER
# ESTABLISHING DEADLINES AND PROCEDURES FOR FILING PROOFS
# OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE THEREOF

**PLEASE TAKE NOTICE** that Ponderosa-State Energy, LLC (the "Debtor") the above-captioned debtor and debtor-in-possession will present the *Debtor's Motion for Entry of an Order Establishing Deadlines and Procedures for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof* (the "Motion") to the Honorable James L. Garrity, Jr., United States Bankruptcy Judge, for approval on **November 13, 2019 at 12:00 p.m. (E.T.)**.

**PLEASE TAKE FURTHER NOTICE** that any objection to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall be filed with this Court: (1) by attorneys practicing in this Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov); and (2) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of this Court and General Order M-399, to the extent applicable, and shall be served upon: (i) Diamond

McCarthy LLP, 295 Madison Avenue, New York, New York 10017, Attn: Charles M. Rubio and Sheryl P. Giugliano (crubio@diamondmccarthy.com; sgiugliano@diamondmccarthy.com); (ii) the United States Trustee for Region 2, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, New York 10014, Attn: Andrea Schwartz; and (iii) any parties requesting notice in the Debtor's bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that unless an objection is served and filed with proof of service with the Clerk of the Court, and a courtesy copy is delivered to the undersigned and to the Chambers of the Honorable James L. Garrity, Jr., so as to be received by **November 12, 2019 at 4:00 p.m. (E.T.)**, there will not be a hearing to consider the relief sought in the Motion, and the relief requested therein may be granted by this Court.

**PLEASE TAKE FURTHER NOTICE** that if an objection is timely filed and served with respect to the Motion, a hearing (the "Hearing") will be held to consider such objection before the Honorable James L. Garrity, United States Bankruptcy Judge for the Southern District of New York, in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 601, New York, New York 10004 at a date and time to be determined.

Dated: New York, New York
October 24, 2019

Respectfully submitted,

DIAMOND MCCARTHY LLP

*/s/ Sheryl P. Giugliano*
Charles M. Rubio
Sheryl Giugliano
295 Madison Ave., 27th Fl.
New York, NY 10017
Tel: (212) 430-5400
crubio@diamondmccarthy.com
sgiugliano@diamondmccarthy.com

*Proposed Counsel to Debtor*
*and Debtor-In-Possession*