DIAMOND McCARTHY LLP
Charles M. Rubio
Sheryl P. Giugliano
295 Madison Ave, 27th Floor
New York, NY 10017
Tel: (212) 430-5400
crubio@diamondmccarthy.com
sgiugliano@diamondmccarthy.com
*Proposed Counsel to Ponderosa-State Energy, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:

PONDEROSA-STATE ENERGY, LLC,        Case No. 19-13011 (JLG)

                Debtor.        Chapter 11
---------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NEW YORK  )

      TASIA PAVALIS, being duly sworn, deposes and says:

      I am not a party to the action, am over eighteen years of age and reside in New York County, State of New York.

      On October 29, 2019, in addition to those parties served electronically by the Court's electronic notification system, I caused true and correct copies of:

1. ***Debtor's Application For Authority To Retain and Employ Diamond McCarthy LLP As Attorneys For The Debtor Nunc Pro Tunc To The Petition Date*** [ECF 57] and

2. ***Notice of Presentment of Debtor's Application For Authority To Retain and Employ Diamond McCarthy LLP As Attorneys For The Debtor Nunc Pro Tunc To The Petition Date*** [ECF 58].

to be served by email to those parties indicated, and by depositing true and correct copies of same by first class mail, postage prepaid, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York to the parties listed in the attached Service List.

                                                    *s/Tasia Pavalis*
                                                    TASIA PAVALIS

Sworn to before me this 29th
day of October, 2019

      */s/Nancy Sullivan*
        Notary Public
Notary Public, State of New York
No. 01SU4742078
Qualified in Suffolk County
Commission Expires March 30, 2023

SERVICE LIST
Case No. 19-13011-JLG
Date October 29, 2019

U.S. Trustee

Andrea B. Schwartz, Esq.
U.S. Department of Justice
Office of the U.S. Trustee
Southern District of New York
201 Varick Street, Rm. 1006
New York, NY 10014
Andrea.B.Schwartz@usdoj.gov

20 Largest Unsecured Creditors

Anderson Roustabout & Construction
Attn:  Judy Anderson
P.O. Box 292
Fritch, TX 79036-0292
(604 Industrial Blvd.,
Borger, TX 79007)
andersonconstruction292@gmail.com

APN Energy Consultants, LLC
Attn: Andy Nguyen
3838 Oak Lawn Avenue Suite 1000
Dallas, TX 75219
anguyen@apnenergy.com

B & G Electric Co.
Attn: Alan Thompson
P.O. Box 759
(241 Western Street)
Pampa, TX 79066-0759
Alan.thompson@bgelectric.us

Beagle Stream Service, Inc.
Attn: Connie Gadbois
P.O. Box 3416
(400 Dallas Street)
Borger, TX 79008

Comac Well Service Inc.
Attn: Officer, Managing or General Agent
P.O. Box 5141
(301 W. 6th Street)
Borger, TX 79008

CRL Pump and Supply
Attn: Lyndol Long
P.O. Box 172
Borger, TX 79008-0172
(503 Industrial Blvd.
Borger, TX 79007)

DCP Midstream
Attn: Jennifer James
3201 Quail Springs Pkwy Suite 100
Oklahoma City, OK 73134
jljames@dcpmidstream.com

Jayne Robertson, counsel to DCP
jayne@jjrpc.com


DCP Midstream Division Orders
Attn: Web Service
370 17th Street Suite 2500
Denver, CO 80202

DJ's Well Service & Roustabout, Inc.
Attn: Rebecca Adamson
P.O. Box 1160
Borger, TX 79008
(1621 N. Main Street, Suite 2500
Borger, TX 79007)

Kel Tech Inc.
Attn:  John Cantrell
2750 Technology Forest Blvd.
The Woodlands, TX 77381

Kiki's Services, LLC
Attn: Margarita Lujan
203 E. Boeing Drive
Fritch, TX 79036

Lilling & Co. LLP
Attn:  Tom Sherwood
2 Seaview Blvd. Suite 200
Port Washington, NY 11050
tsherwood@lillingcpa.com

SERVICE LIST
Case No. 19-13011-JLG
Date October 29, 2019

Dan G. Michaels
Attn: Lisa Acker, P.O. Box 1721
Pampa, TX 79066-1721
(120 W Kingsmill Avenue, Suite 204
Pampa, TX 79065)
Lacker5a@gmail.com

NGS, Inc.
Attn: Lorna Gower
P.O. Box 407
Borger, TX 79008
(111 S. McGee Street
Borger, TX 79007)
lgower@ngstx.com

The Nut House
Attn: Officer, Managing or General Agent
P.O. Box 5357
(519 W. 10th Street)
Borger, TX 79007

Xcel Energy
Attn: Melvin Darnell
P.O. Box 9477
Minneapolis, MN 55484-9477
(404 Nicollet Mall
Minneapolis, MN 55401)
melvin.darnell@xcelenergy.com

Washington Federal

Washington Federal, N.A.
Attn: Rusty Steher, Vice President
5430 LBJ Freeway Suite 100
Dallas, TX 75240
Rusty.stehr@wafd.com

John J. Kane
Brian Clark
Kane Russell Coleman Logan PC
901 Main Street, Suite 5200
Dallas, Texas 75202
jkane@krcl.com
bclark@krcl.com

Special Master

Kent Ries
2700 S Western St Ste 300
Amarillo, TX 79109-1536
kent@kentries.com

Fred Stevens
Klestadt Winters Jureller
  Southard & Stevens, LLP
200 West 41st Street, 17th Floor
New York, NY 10036
fstevens@klestadt.com

TX Plaintiffs

Signal Drilling
c/o William Lewis Sessions
14951 Dallas Parkway, Suite 400
Dallas, TX 75254-6859

Jaten Oil Company
Attn: Tamme Aureli
112 SW 8th Avenue, Suite 740
Amarillo, TX 79101
tamme@tshhr.com

Riparia, LC
c/o Joe W. Hayes
320 S. Polk Suite 1000
Amarillo, TX 79101
joe@tshhr.com

Jaten Oil Company and Riparia, LC
c/o Alan J. Brody, Esq.
Greenberg Traurig, LLP
500 Campus Drive
Florham Park, NJ 07932
brodya@gtlaw.com

SERVICE LIST
Case No. 19-13011-JLG
Date October 29, 2019

Ryan A. Wagner, Esq.
Greenberg Traurig, LLP
Met Life Building
200 Park Avenue
New York, NY 10166
wagnerr@gtlaw.com


Counsel to Proposed DIP Lender

Gerard R. Luckman
Forchelli Deegan Terrana LLP
333 Earle Ovington Blvd., Suite 1010
Uniondale, New York 11553
gluckman@ForchelliLaw.com

Signature Bank

Signature Bank
565 Fifth Avenue
New York, NY 10017

Amarillo National Bank

Amarillo National Bank
P O Box 1
(410 S. Taylor Street)
Amarillo, TX 79105

Other Parties-In-Interest

Kenneth C Johnston | Partner
Robert W. Gifford
Johnston Pratt PLLC
1717 Main Street, Suite 3000
Dallas, Texas 75201
kjohnston@JohnstonPratt.com
rgifford@johnstonpratt.com

Mitchell & Jones
531 Deahl St., Suite 300
Borger, TX 79007
sterlingmitchell807@gmail.com