DIAMOND McCARTHY LLP
Charles M. Rubio
Sheryl P. Giugliano
295 Madison Ave, 27th Floor
New York, NY 10017
Tel: (212) 430-5400
Fax: (212) 430-5499

*Proposed Counsel to Ponderosa-State Energy, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re:

PONDEROSA-STATE ENERGY, LLC           Case No. 19-13011 (JLG)

    Debtor.                                           Chapter 11

-------------------------------------------------------x

**SUPPLEMENT TO MOTION FOR AUTHORIZATION PURSUANT
TO 11 U.S.C. §§105, 361, 362 AND 363(c) FOR USE OF CASH COLLATERAL**

Ponderosa-State Energy, LLC ("Ponderosa" or the "Debtor"), the above-captioned debtor and debtor in possession, files this Supplement to *Motion For Authorization Pursuant to 11 U.S.C. §§105, 361, 362 and 363(c) For Use of Cash Collateral* (the "Motion").[1]

Attached hereto as **Exhibit A** is a proposed second 13-week cash collateral budget from the week of December 15, 2019 through and including the week of March 8, 2020 (the "Budget").

WHEREFORE, the Debtor respectfully requests the entry of an interim order, substantially in the form attached to the Motion, approving continued use of Cash Collateral pursuant to the Budget.

[Remainder of Page Intentionally Left Blank]

---

[1] Capitalized terms used but not defined herein have the meanings assigned to such terms in the Motion.

| | |
|---|---|
| Dated: New York, New York<br>November 26, 2019 | Respectfully submitted,<br><br>DIAMOND McCARTHY LLP<br><br>*/s/ Charles M. Rubio*　　　　　<br>Charles M. Rubio<br>Sheryl P. Giugliano<br>295 Madison Ave, 27th Floor<br>New York, NY 10017<br>Tel: (212) 430-5400<br>Fax: (212430-5499<br><br>*Proposed Counsel to*<br>*Ponderosa-State Energy, LLC* |

# Exhibit A

PONDEROSA-STATE ENERGY, LLC, Case No. 19-13011 (Bankr. S.D.N.Y)  
Second 13-Week Budget

12/15/19 - 3/14/2020  
Weeks 14-26

| Ref: | | Week # | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | # of Days 90 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Week Start | 12/15/2019 | 12/22/2019 | 12/29/2019 | 1/5/2020 | 1/12/2020 | 1/19/2020 | 1/26/2020 | 2/2/2020 | 2/9/2020 | 2/16/2020 | 2/23/2020 | 3/1/2020 | 3/8/2020 | Total |
| | | Week Ended | 12/21/2019 | 12/28/2019 | 1/4/2020 | 1/11/2020 | 1/18/2020 | 1/25/2020 | 2/1/2020 | 2/8/2020 | 2/15/2020 | 2/22/2020 | 2/29/2020 | 3/7/2020 | 3/14/2020 | |
| 6 | **PRODUCTION** | | | | | | | | | | | | | | | |
| 7 | Gross Oil (bbl) | | 455 | 455 | 455 | 455 | 455 | 455 | 455 | 455 | 455 | 455 | 455 | 455 | 455 | 5915 |
| 8 | Gross Gas (mcf) | | 875 | 875 | 875 | 875 | 875 | 875 | 875 | 875 | 875 | 875 | 875 | 875 | 875 | 11375 |
| 9 | Total BOE/day | | 78 | 78 | 78 | 78 | 78 | 78 | 78 | 78 | 78 | 78 | 78 | 78 | 78 | |
| 10 | Inventory | | 91 | 178 | 265 | 168 | 255 | 158 | 245 | 148 | 235 | 138 | 225 | 312 | 215 | |
| 11 | sold | | 368 | 368 | 368 | 552 | 368 | 552 | 368 | 552 | 368 | 552 | 368 | 368 | 552 | |
| 12 | oil sold/month | | | 1288 | | | | 1840 | | | | | 2208 | | | |
| 13 | gas sold/month | | | 3500 | | | | 4375 | | | | | 3500 | | | |
| 14 | **CASH RECEIPTS** | | | | | | | | | | | | | | | |
| 15 | Gross Oil Revenue | | $ 70,840 | $ - | $ - | $ - | $ - | $ 70,840 | $ - | $ - | $ - | $ 101,200 | $ - | $ - | $ - | $ 242,880 |
| 16 | Gross Gas Revenue | | $ - | $ - | $ 44,100 | $ - | $ - | $ - | $ 17,500 | $ - | $ - | $ - | $ - | $ 21,875 | $ - | $ 83,475 |
| 17 | **Gross Cash Receipts from Operations** | | $ 70,840 | $ - | $ 44,100 | $ - | $ - | $ 70,840 | $ 17,500 | $ - | $ - | $ 101,200 | $ - | $ 21,875 | $ - | $ 326,355 |
| 18 | **TRANSFER TO RESERVES** | | | | | | | | | | | | | | | |
| 19 | Royalty Reserves | | $ 15,231 | $ - | $ 9,482 | $ - | $ - | $ 15,231 | $ 3,763 | $ - | $ - | $ 21,758 | $ - | $ 4,703 | $ - | $ 70,166 |
| 20 | Working Interest Reserves | | $ 26,034 | $ - | $ 16,207 | $ - | $ - | $ 26,034 | $ 6,431 | $ - | $ - | $ 37,191 | $ - | $ 8,039 | $ - | $ 119,935 |
| 21 | **Total Transfer to Reserves** | | $ 41,264 | $ - | $ 25,688 | $ - | $ - | $ 41,264 | $ 10,194 | $ - | $ - | $ 58,949 | $ - | $ 12,742 | $ - | $ 190,102 |
| 23 | **SOURCES OF CASH** | | | | | | | | | | | | | | | |
| 24 | **CASH FROM OPERATIONS** | | | | | | | | | | | | | | | |
| 25 | Net receipts after reserves | | $ 29,576 | $ - | $ 18,412 | $ - | $ - | $ 29,576 | $ 7,306 | $ - | $ - | $ 42,251 | $ - | $ 9,133 | $ - | $ 136,253 |
| 26 | Severance Taxes from Royalty Reserves | | $ 701 | $ - | $ 664 | $ - | $ - | $ 701 | $ 263 | $ - | $ - | $ 1,001 | $ - | $ 329 | $ - | $ - |
| 27 | Reimbursement from Working Interest Disputed Funds | | $ 31,589 | $ 7,019 | $ 13,277 | $ 3,442 | $ 43,122 | $ 5,081 | $ 15,944 | $ 4,030 | $ 42,779 | $ 5,937 | $ 8,362 | $ 11,346 | $ 5,831 | $ 197,760 |
| 28 | **Total Cash from Operations** | | $ 61,165 | $ 7,019 | $ 31,689 | $ 3,442 | $ 43,122 | $ 34,657 | $ 23,251 | $ 4,030 | $ 42,779 | $ 48,188 | $ 8,362 | $ 20,479 | $ 5,831 | $ 334,013 |
| 29 | **DIP CASH RECEIPTS** | | | | | | | | | | | | | | | |
| 30 | Total DIP Availability | | $ 500,000 | $ 425,000 | $ 425,000 | $ 425,000 | $ 425,000 | $ 390,000 | $ 390,000 | $ 390,000 | $ 390,000 | $ 350,000 | $ 350,000 | $ 350,000 | $ 350,000 | |
| 31 | Beginning DIP Balance | | $ 75,000 | $ 75,000 | $ 75,000 | $ 75,000 | $ 75,000 | $ 110,000 | $ 110,000 | $ 110,000 | $ 110,000 | $ 150,000 | $ 150,000 | $ 150,000 | $ 150,000 | |
| 32 | Draw/(Repayment) of DIP | | $ - | $ - | $ - | $ - | $ 35,000 | $ - | $ - | $ - | $ 40,000 | $ - | $ - | $ - | $ - | $ 75,000 |
| 33 | Ending DIP Balance | | $ 75,000 | $ 75,000 | $ 75,000 | $ 75,000 | $ 110,000 | $ 110,000 | $ 110,000 | $ 110,000 | $ 150,000 | $ 150,000 | $ 150,000 | $ 150,000 | $ 150,000 | |
| 34 | **Total Sources of Cash** | | $ 61,165 | $ 7,019 | $ 31,689 | $ 3,442 | $ 78,122 | $ 34,657 | $ 23,251 | $ 4,030 | $ 82,779 | $ 48,188 | $ 8,362 | $ 20,479 | $ 5,831 | $ 409,013 |
| 36 | **USES OF CASH** | | | | | | | | | | | | | | | |
| 37 | **OPERATING EXPENSES** | | | | | | | | | | | | | | | |
| 38 | G&A Expenses | | $ 27,500 | $ - | $ - | $ - | $ 32,500 | $ - | $ - | $ - | $ 32,500 | $ - | $ - | $ - | $ - | $ 92,500 |
| 39 | Ad Valorem Taxes | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 40 | Texas General Land Office Royalty | | $ 2,479 | $ - | $ 1,544 | $ - | $ - | $ 2,479 | $ 613 | $ - | $ - | $ 3,542 | $ - | $ 766 | $ - | $ 11,422 |
| 41 | Severance Taxes | | $ 3,259 | $ - | $ 3,087 | $ - | $ - | $ 3,259 | $ 1,225 | $ - | $ - | $ 4,653 | $ - | $ 1,531 | $ - | $ 17,016 |
| 42 | Lease Operating Expenses | | $ 14,523 | $ 14,325 | $ 12,072 | $ 7,025 | $ 13,005 | $ 7,925 | $ 18,954 | $ 8,225 | $ 12,304 | $ 8,625 | $ 17,065 | $ 9,382 | $ 7,025 | $ 150,455 |
| 43 | CapEx | | | | | | | | | | | | | | | $ - |
| 44 | **Total Operating Expenses** | | $ 47,761 | $ 14,325 | $ 16,703 | $ 7,025 | $ 45,505 | $ 13,663 | $ 20,791 | $ 8,225 | $ 44,804 | $ 16,822 | $ 17,065 | $ 11,679 | $ 7,025 | $ 271,393 |
| 45 | **CHAPTER 11 RELATED EXPENSES** | | | | | | | | | | | | | | | |
| 46 | U.S. Trustee | | | | | | | | | | | | | | $ 4,875 | $ 4,875 |
| 47 | Debtor Professional Fees | | | | | | $ 40,000 | | | | $ 40,000 | | | | | $ 80,000 |
| 48 | Adequate Protection Payments | | $ 20,000 | | $ 12,708 | | | | $ 12,667 | | | | | $ 12,625 | | $ 58,000 |
| 49 | DIP Lender Fees | | | | | | $ 2,500 | | | | $ 2,500 | | | | | $ 5,000 |
| 50 | **Total Chapter 11 Related Expenses** | | $ 20,000 | $ - | $ 12,708 | $ - | $ 42,500 | $ - | $ 12,667 | $ - | $ 42,500 | $ - | $ - | $ 12,625 | $ 4,875 | $ 147,875 |
| 51 | **Total Uses of Cash** | | $ 67,761 | $ 14,325 | $ 29,411 | $ 7,025 | $ 88,005 | $ 13,663 | $ 33,458 | $ 8,225 | $ 87,304 | $ 16,822 | $ 17,065 | $ 24,304 | $ 11,900 | $ 419,268 |
| 53 | **BEGINNING CASH** | | $ 30,000 | $ 23,403 | $ 16,098 | $ 18,375 | $ 14,793 | $ 4,910 | $ 25,904 | $ 15,696 | $ 11,501 | $ 6,976 | $ 38,342 | $ 29,639 | $ 25,814 | |
| 54 | **ENDING CASH** | | $ 23,403 | $ 16,098 | $ 18,375 | $ 14,793 | $ 4,910 | $ 25,904 | $ 15,696 | $ 11,501 | $ 6,976 | $ 38,342 | $ 29,639 | $ 25,814 | $ 19,745 | |

19-13011-jlg Doc 90 Filed 11/26/19 Entered 11/26/19 18:00:27 Main Document Pg 3 of 4

PONDEROSA-STATE ENERGY, LLC, Case No. 19-13011 (Bankr. S.D.N.Y)  
Second 13-Week Budget

**12/15/19 - 3/14/2020**  
**Weeks 14-26**

| Ref: | | Week # | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | # of Days 90 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Week Start | 12/15/2019 | 12/22/2019 | 12/29/2019 | 1/5/2020 | 1/12/2020 | 1/19/2020 | 1/26/2020 | 2/2/2020 | 2/9/2020 | 2/16/2020 | 2/23/2020 | 3/1/2020 | 3/8/2020 | |
| | | Week Ended | 12/21/2019 | 12/28/2019 | 1/4/2020 | 1/11/2020 | 1/18/2020 | 1/25/2020 | 2/1/2020 | 2/8/2020 | 2/15/2020 | 2/22/2020 | 2/29/2020 | 3/7/2020 | 3/14/2020 | Total |
| 56 | **RESERVE DETAILS - Reserve accounts are maintained by Kent Reis and the amounts set forth herein are estimates.** | | | | | | | | | | | | | | | |
| 57 | **ROYALTY RESERVES** | | | | | | | | | | | | | | | |
| 58 | Beginning Royalty Reserves | | $ 750,000 | $ 764,530 | $ 764,530 | $ 773,348 | $ 773,348 | $ 773,348 | $ 787,878 | $ 791,377 | $ 791,377 | $ 791,377 | $ 812,134 | $ 812,134 | $ 816,508 | |
| 59 | Additions to Royalty Reserve | | 15,231 | - | 9,482 | - | - | 15,231 | 3,763 | - | - | 21,758 | - | 4,703 | - | $ 70,166 |
| 60 | Severance Taxes from Royalty Reserves | | (701) | - | (664) | - | - | (701) | (263) | - | - | (1,001) | - | (329) | - | |
| 61 | **Ending Royalty Reserve Balance** | | 764,530 | 764,530 | 773,348 | 773,348 | 773,348 | 787,878 | 791,377 | 791,377 | 791,377 | 812,134 | 812,134 | 816,508 | 816,508 | |
| 62 | **WORKING INTEREST RESERVES** | | | | | | | | | | | | | | | |
| 63 | Beginning Working Interest Balance | | $ 100,000 | 94,445 | 87,426 | 90,355 | 86,913 | 43,791 | 64,744 | 55,231 | 51,200 | 8,422 | 39,675 | 31,314 | 28,007 | |
| 64 | Additions to Working Interest Reserve | | 26,034 | - | 16,207 | - | - | 26,034 | 6,431 | - | - | 37,191 | - | 8,039 | - | $ 119,935 |
| 65 | Severance Taxes Obligation | | (1,198) | - | (1,134) | - | - | (1,198) | (450) | - | - | (1,711) | - | (563) | - | $ (6,253) |
| 66 | Other Reimbursement Obligation* | | (30,391) | (7,019) | (12,142) | (3,442) | (43,122) | (3,883) | (15,494) | (4,030) | (42,779) | (4,226) | (8,362) | (10,783) | (5,831) | $ (191,506) |
| 67 | Reimbursment Paid From Working Interest Reserve | | (31,589) | (7,019) | (13,277) | (3,442) | (43,122) | (5,081) | (15,944) | (4,030) | (42,779) | (5,937) | (8,362) | (11,346) | (5,831) | |
| 68 | **Ending Working Interest Reserve Balance** | | 94,445 | 87,426 | 90,355 | 86,913 | 43,791 | 64,744 | 55,231 | 51,200 | 8,422 | 39,675 | 31,314 | 28,007 | 22,176 | |
| 70 | **OPERATING EXPENSE DETAILS** | | | | | | | | | | | | | | | |
| 71 | **FIELD LEASE OPERATING EXPENSE** | | | | | | | | | | | | | | | |
| 72 | Total Field Lease Operating Expense | | $ 14,523 | 14,325 | 12,072 | 7,025 | 13,005 | 7,925 | 18,954 | 8,225 | 12,304 | 8,625 | 17,065 | 9,382 | 7,025 | $ 150,455 |
| 73 | **G&A EXPENSE** | | | | | | | | | | | | | | | |
| 74 | Legal | | $ - | - | - | - | 2,500 | - | - | - | 2,500 | - | - | - | - | $ 5,000 |
| 75 | Accounting | | 1,000 | - | - | - | 1,000 | - | - | - | 1,000 | - | - | - | - | $ 3,000 |
| 76 | Reimbursement of Management Services | | 26,500 | - | - | - | 29,000 | - | - | - | 29,000 | - | - | - | - | $ 84,500 |
| 77 | **Subtotal** | | 27,500 | - | - | - | 32,500 | - | - | - | 32,500 | - | - | - | - | $ 92,500 |

* The reimbursment from the Working Interest Reserve includes 49% of all Operating Expenses and all Chapter 11 Related Expenses except the Texas General Land Office Royalty and the Severance Taxes (which are accounted for seperately)

19-13011-jlg Doc 90 Filed 11/26/19 Entered 11/26/19 18:00:27 Main Document Pg 4 of 4