UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re PONDEROSA-STATE ENERGY, LLC                    Case No. 19-13011
        Debtor                                        Reporting Period: 11/1/2019 - 11/30/2019

                                                      Federal Tax I.D. # 82-1361694

## CORPORATE MONTHLY OPERATING REPORT

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and
submit a copy of the report to any official committee appointed in the case.
(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of
the month, as are the reports for Southern District of New York.)

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Y | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | Y | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | Y | |
| Balance Sheet | MOR-3 | Y | |
| Status of Post-petition Taxes | MOR-4 | Y | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | Y | |
| Listing of Aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Y | |
| Taxes Reconciliation and Aging | MOR-5 | Y | |
| Payments to Insiders and Professional | MOR-6 | Y | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | Y | |
| Debtor Questionnaire | MOR-7 | Y | |

The amounts set forth in this monthly operating report include funds maintained and transferred by Kent Ries. As the
Debtor does not have direct control over these amounts, the amounts are estimated in this monthly operating report.

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____                Date 12/20/19
Signature of Authorized Individual*

RICHARD SANDS, MANAGER
_____

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a
partnership; a manager or member if debtor is a limited liability company.

In re PONDEROSA-STATE ENERGY, LLC                                                Case No. 19-13011
Debtor                                                                Reporting Period: 11/1/2019 - 11/30/2019

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement.   The beginning cash should be the ending cash from the prior month
or, if this is the first report, the amount should be the balance on the date the petition was filed.   The amounts reported in the "CURRENT MONTH
- ACTUAL" column must equal the sum of the four bank account columns.  Attach copies of the bank statements and the cash disbursements journal.
The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be
attached for each account.  [See MOR-1 (CON'T)]

| ACCOUNT NUMBER (LAST 4) | DIP OPERATING 6610 | DIP DISPUTED WI 6629 | DIP ROYALTY 6637 | PRE-PETITION Sig Checking 9516 | PRE-PETITION WA Federal 5673 | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|---|---|---|---|---|
| **CASH BEGINNING OF MONTH** | 57,573.20 | - | - | - | - | 57,573.20 |
| **RECEIPTS** | | | | | | |
| CASH SALES | | | | | | - |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | | | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | 9,025.28 | | | | | 9,025.28 |
| LOANS AND ADVANCES | | | | | | - |
| SALE OF ASSETS | | | | | | - |
| REIMBURSEMENT | 13,995.61 | | | | | 13,995.61 |
| TRANSFERS *(FROM PRE-PETITION)* | | | | | | - |
| TRANSFERS *(FROM DIP ACCTS)* | | | | | | - |
| **TOTAL RECEIPTS** | 23,020.89 | - | - | - | - | 23,020.89 |
| **DISBURSEMENTS** | | | | | | |
| NET PAYROLL | | | | | | - |
| PAYROLL TAXES | | | | | | - |
| SALES, USE, & OTHER TAXES | | | | | | - |
| LEASE OPERATING EXPENSES | 31,566.66 | | | | | - |
| INVENTORY PURCHASES | | | | | | - |
| SECURED/ RENTAL/ LEASES | 12,951.57 | | | | | 12,951.57 |
| INSURANCE | | | | | | - |
| ADMINISTRATIVE | 14,148.83 | | | | | 14,148.83 |
| SELLING | | | | | | - |
| OTHER *(ATTACH LIST)* | | | | | | - |
| OWNER DRAW * | | | | | | - |
| TRANSFERS *(TO DIP ACCTS)* | | | | | | - |
| PROFESSIONAL FEES | | | | | | - |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | - |
| COURT COSTS | | | | | | - |
| **TOTAL DISBURSEMENTS** | 58,667.06 | - | - | - | - | 58,667.06 |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | (35,646.17) | - | - | - | - | (35,646.17) |
| CASH – END OF MONTH | 21,927.03 | - | - | - | - | 21,927.03 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

## THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH  ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | (58,667.06) |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | - |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | (58,667.06) |

In re PONDEROSA-STATE ENERGY, LLC

Debtor

Case No. 19-13011

Reporting Period: 11/1/2019 - 11/30/2019

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | DIP OPERATING 6610 #6610 | DIP DISPUTED WI 6629 #6629 | DIP ROYALTY 6637 #6637 | PRE-PETITION Sig Checking 9516 #9516 | PRE-PETITION WA Federal 5673 #5673 |
|---|---|---|---|---|---|
| **BALANCE PER BOOKS** | 21,927.03 | - | - | - | - |
| **BANK BALANCE** | 21,927.03 | - | - | - | - |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | - | - | - | - | - |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | - | - | - | - | - |
| OTHER  *(ATTACH EXPLANATION)* | - | - | - | - | - |
| **ADJUSTED BANK BALANCE \*** | 21,927.03 | - | - | - | - |

\*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | | Amount |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**OTHER**

| In re PONDEROSA-STATE ENERGY, LLC | Case No. | 19-13011 |
|---|---|---|
| Debtor | Reporting Period: | 11/1/2019 - 11/30/2019 |

### STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an **accrual** basis. The accrual basis of accounting recognizes revenue
when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | MONTH | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Gross Revenues | 95,512.80 | 124,554.37 |
| Less: Fees and Taxes withheld | (27,819.57) | (37,334.93) |
| Net Revenue | 67,693.23 | 87,219.44 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | 20,020.00 | - |
| Ending Inventory * | - | - |
| **OPERATING EXPENSES** | | |
| FIELD LEASE OPERATING EXPENSES | 49,128.75 | 93,827.24 |
| Insurance | | |
| Management Services | 4,340.00 | 9,000.00 |
| Office Expense | - | - |
| Rent and Lease Expense | - | - |
| Taxes - Paid from Restricted cash | - | 204,657.26 |
| Other | | |
| Total Operating Expenses Before Depreciation | 53,468.75 | 307,484.50 |
| Depreciation/Depletion/Amortization | 4,258.43 | 4,444.78 |
| Net Profit (Loss) Before Other Income & Expenses | 9,966.05 | (224,709.84) |
| **OTHER INCOME AND EXPENSES** | | |
| Interest Income and Bank Fees | 39.33 | 255.31 |
| Interest Expense | 2,901.75 | 9,017.21 |
| Line of Credit OID fee - for Accrual purposes | 1,458.33 | 1,458.33 |
| Lender Legal Fees | - | 40,238.84 |
| Net Profit (Loss) Before Reorganization Items | 5,645.30 | (275,168.91) |
| **REORGANIZATION ITEMS** | | |
| Professional Fees * | 75,000.00 | 190,000.00 |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses * | 16,329.24 | 23,829.24 |
| Total Reorganization Expenses | 91,329.24 | 213,829.24 |
| Income Taxes | | |
| Net Profit (Loss) | (85,683.94) | (488,998.15) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

*estimated expenses

In re PONDEROSA-STATE ENERGY, LLC                              Case No. 19-13011
_____                       _____
        Debtor                                   Reporting Period: 11/1/2019 - 11/30/2019

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| CURRENT ASSETS | | | |
| Unrestricted Cash and Equivalents | 21,927.03 | 57,573.20 | 199.49 |
| Restricted Cash and Cash Equivalents * | 52,788.92 | 63,839.02 | 269,342.15 |
| Accounts Receivable (Net) | 93,960.35 | 23,281.30 | 45,270.00 |
| Notes Receivable | | | |
| Inventories | - | 20,200.00 | 2,000.00 |
| Prepaid Expenses / Deposits | 29,293.30 | 20,141.06 | 19,239.00 |
| Professional Retainers | | | |
| Other Current Assets (attach schedule) | | | |
| TOTAL CURRENT ASSETS | 197,969.60 | 185,034.58 | 336,050.64 |
| PROPERTY & EQUIPMENT | | | |
| Real Property and Improvements | 1,557,006.53 | 1,557,006.53 | 1,557,006.53 |
| Machinery and Equipment | | | |
| Furniture, Fixtures and Office Equipment | | | |
| Leasehold Improvements | | | |
| Vehicles | | | |
| Less:  Accumulated Depreciation | (167,149.90) | (162,891.47) | (162,705.12) |
| TOTAL PROPERTY & EQUIPMENT | 1,389,856.63 | 1,394,115.06 | 1,394,301.41 |
| OTHER ASSETS | | | |
| Amounts due from Insiders* | | | |
| Asset Retirement Obligations (for GAAP) | 18,500.00 | | |
| Other Assets (attach schedule) | | | |
| TOTAL OTHER ASSETS | 18,500.00 | - | - |
| TOTAL ASSETS | 1,606,326.23 | 1,579,149.64 | 1,730,352.05 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition) | | | |
| Accounts Payable | 60,140.78 | 78,911.40 | |
| Taxes Payable (refer to FORM MOR-4) | | | - |
| Wages Payable | | | |
| Notes Payable | 50,000.00 | 50,000.00 | |
| Rent / Leases - Building/Equipment | | | |
| Secured Debt / Adequate Protection Payments | 64,068.08 | | |
| Professional Fees | 190,000.00 | 115,000.00 | |
| Amounts Due to Insiders* | | | - |
| Other Post-petition Liabilities (attach schedule) | | | |
| TOTAL POST-PETITION LIABILITIES | 364,208.86 | 243,911.40 | - |
| LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition) | | | |
| Secured Debt | 660,000.00 | 670,000.00 | 680,000.00 |
| Asset Retirement Obligations (for GAAP) | 18,500.00 | | |
| Priority Debt | | | |
| Unsecured Debt  ** | 376,285.87 | 348,107.67 | 348,107.67 |
| Other Liabilities | | | |
| TOTAL PRE-PETITION LIABILITIES | 1,054,785.87 | 1,018,107.67 | 1,028,107.67 |
| TOTAL LIABILITIES | 1,418,994.73 | 1,262,019.07 | 1,028,107.67 |
| OWNERS' EQUITY | | | |
| Capital Stock | | | |
| Additional Paid-In Capital | | | |
| Partners' Capital Account | | | |
| Owner's Equity Account | 878,121.80 | 922,236.93 | 904,036.93 |
| Retained Earnings - Pre-Petition | (201,792.15) | (201,792.15) | (201,792.15) |
| Retained Earnings - Post-petition | (488,998.15) | (403,314.24) | |
| Adjustments to Owner Equity (attach schedule) | | | |
| Post-petition Contributions  (attach schedule) | | | |
| NET OWNERS' EQUITY | 187,331.50 | 317,130.54 | 702,244.78 |
| TOTAL LIABILITIES AND OWNERS' EQUITY | 1,606,326.23 | 1,579,149.61 | 1,730,352.45 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

** The amount reflected is a correction from the amount set forth on the first Monthly Operating Report.

In re PONDEROSA-STATE ENERGY, LLC      Case No. 19-13011
     Debtor      Reporting Period: 11/1/2019 - 11/30/2019

### STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | 0 | 0 | 0 | | | |
| FICA-Employee | 0 | 0 | 0 | | | |
| FICA-Employer | 0 | 0 | 0 | | | |
| Unemployment | 0 | 0 | 0 | | | |
| Income | 0 | 0 | 0 | | | |
| Other:_____ | 0 | 0 | 0 | | | |
| Total Federal Taxes | 0 | 0 | 0 | | | |
| **State and Local** | | | | | | |
| Withholding | 0 | 0 | 0 | | | |
| Sales | 0 | 0 | 0 | | | |
| Excise | 0 | 0 | 0 | | | |
| Unemployment | 0 | 0 | 0 | | | |
| Real Property | 0 | 0 | 0 | | | |
| Personal Property | 0 | 0 | 0 | | | |
| Severance Taxes | 0 | 1,263.25 | 0 | | | |
| Total State and Local | 0 | 1,263.25 | 0 | | | |
| | | | | | | |
| **Total Taxes** | | | | | | |

### SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| | | | Number of Days Past Due | | | |
| Accounts Payable | 60,140.78 | | | | | |
| Wages Payable | - | | | | | |
| Taxes Payable | - | | | | | |
| Rent/Leases-Building | - | | | | | |
| Rent/Leases-Equipment | - | | | | | |
| Secured Debt/Adequate Protection Payments | 64,068.08 | | | | | |
| Professional Fees | 190,000.00 | | | | | |
| Amounts Due to Insiders | | | | | | |
| DIP Loan | 50,000.00 | | | | | |
| Other:_____ | | | | | | |
| **Total Post-petition Debts** | 364,208.86 | | | | | |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

_____

_____

In re PONDEROSA-STATE ENERGY, LLC

**Debtor**

Case No. 19-13011

Reporting Period: 11/1/2019 - 11/30/2019

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 23,281.30 |
| Plus:  Amounts billed during the period | 90,781.62 |
| Less:  Amounts collected during the period | (17,004.50) |
| Less:  Adjustments | (3,098.07) |
| Total Accounts Receivable at the end of the reporting period | 93,960.35 |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | 93,960.35 | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Accounts Receivable | 93,960.35 | - | - | - | - |
| | | | | | |
| Less:  Bad Debts (Amount considered uncollectible) | - | | | | |
| | | | | | |
| Net Accounts Receivable | 93,960.35 | | | | |

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | 523.98 | | | | |
| 31 - 60 days old | 739.27 | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Taxes Payable | 1,263.25 | | | | |
| Total Accounts Payable | | | | | |

In re PONDEROSA-STATE ENERGY, LLC                Case No. 19-13011
_____Debtor_____                    Reporting Period: 11/1/2019 - 11/30/2019

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals.  For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.).  Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | | |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | | | | |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| Washington Federal Bank | 10,000.00 | 10,000.00 | 700,238.84 |
| Forchelli Deegan Terrana LLP | - | - | 23,829.24 |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | 10,000.00 | | |

In re PONDEROSA-STATE ENERGY, LLC                                      Case No. 19-13011
        Debtor                                             Reporting Period: 11/1/2019 - 11/30/2019

## DEBTOR QUESTIONNAIRE

| Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any assets been sold or transferred outside the normal course of business this reporting period? | | NO |
| 2 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | NO |
| 3 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | NO |
| 4 Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | NO |
| 5 Is the Debtor delinquent in paying any insurance premium payment? | | NO |
| 6 Have any payments been made on pre-petition liabilities this reporting period? | Yes, secured loan payment | |
| 7 Are any post petition receivables (accounts, notes or loans) due from related parties? | | NO |
| 8 Are any post petition payroll taxes past due? | | NO |
| 9 Are any post petition State or Federal income taxes past due? | | NO |
| 10 Are any post petition real estate taxes past due? | | NO |
| 11 Are any other post petition taxes past due? | | NO |
| 12 Have any pre-petition taxes been paid during this reporting period? | | NO |
| 13 Are any amounts owed to post petition creditors delinquent? | | NO |
| 14 Are any wage payments past due? | | NO |
| 15 Have any post petition loans been  received by the Debtor from any party? | Yes, DIP Loans | |
| 16 Is the Debtor delinquent in paying any U.S. Trustee fees? | | NO |
| 17 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | NO |
| 18 Have the owners or shareholders received any compensation outside of the normal course of business? | | NO |