UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re PONDEROSA-STATE ENERGY, LLC                    Case No. 19-13011
　　　Debtor                                           Reporting Period: 12/1/2019 - 12/31/2019

                                                      Federal Tax I.D. # 82-1361694

### CORPORATE MONTHLY OPERATING REPORT

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Y | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | Y | |
| 　　Copies of bank statements | | | |
| 　　Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | Y | |
| Balance Sheet | MOR-3 | Y | |
| Status of Post-petition Taxes | MOR-4 | Y | |
| 　　Copies of IRS Form 6123 or payment receipt | | | |
| 　　Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | Y | |
| 　　Listing of Aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Y | |
| Taxes Reconciliation and Aging | MOR-5 | Y | |
| Payments to Insiders and Professional | MOR-6 | Y | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | Y | |
| Debtor Questionnaire | MOR-7 | Y | |

The amounts set forth in this monthly operating report include funds maintained and transferred by Kent Ries. As the the Debtor does not have direct control over these amounts, the amounts are estimated in this monthly operating report. report.

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____                    Date 1/20/20
Signature of Authorized Individual*

RICHARD SANDS, MANAGER
_____

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

Attached to this monthly operating report are redacted bank statements for the period covered by this report and for the periods covered by the prior monthly operating reports.

In re PONDEROSA-STATE ENERGY, LLC     Case No. 19-13011
    Debtor     Reporting Period: 12/1/2019 - 12/31/2019

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report,  the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.  Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be attached for each account.  [See MOR-1 (CON'T)]

|  | BANK ACCOUNTS | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| ACCOUNT NUMBER (LAST 4) | DIP OPERATING 6610 | DIP DISPUTED WI 6629 | DIP ROYALTY 6637 | PRE-PETITION Sig Checking 9516 | PRE-PETITION WA Federal 5673 | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| **CASH BEGINNING OF MONTH** | 21,927.03 | - | - | - | - | 21,927.03 |
| **RECEIPTS** | | | | | | |
| CASH SALES | | | | | | - |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | | | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | 33,370.74 | | | | | 33,370.74 |
| LOANS AND ADVANCES | | | | | | - |
| SALE OF ASSETS | | | | | | - |
| REIMBURSEMENT | | | | | | - |
| TRANSFERS *(FROM PRE-PETITION)* | | | | | | - |
| TRANSFERS *(FROM DIP ACCTS)* | | | | | | - |
| **TOTAL RECEIPTS** | 33,370.74 | - | - | - | - | 33,370.74 |
| **DISBURSEMENTS** | | | | | | |
| NET PAYROLL | | | | | | - |
| PAYROLL TAXES | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | |
| LEASE OPERATING EXPENSES | 22,087.45 | | | | | |
| INVENTORY PURCHASES | | | | | | - |
| SECURED/ RENTAL/ LEASES | 12,901.75 | | | | | 12,901.75 |
| INSURANCE | | | | | | - |
| ADMINISTRATIVE | 4,500.00 | | | | | 4,500.00 |
| REORGANIZTION EXPENSES | 10,000.00 | | | | | 10,000.00 |
| OTHER *(ATTACH LIST)* | | | | | | - |
| OWNER DRAW * | | | | | | - |
| TRANSFERS *(TO DIP ACCTS)* | | | | | | - |
| PROFESSIONAL FEES | | | | | | - |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | - |
| COURT COSTS | | | | | | |
| **TOTAL DISBURSEMENTS** | 49,489.20 | - | - | - | - | 49,489.20 |
| | | | | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | (16,118.46) | - | - | - | - | (16,118.46) |
| | | | | | | |
| **CASH – END OF MONTH** | 5,808.57 | - | - | - | - | 5,808.57 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH  ACTUAL COLUMN)

| | |
| --- | --- |
| **TOTAL DISBURSEMENTS** | (49,489.20) |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | (49,489.20) |

In re PONDEROSA-STATE ENERGY, LLC     Case No. 19-13011
     Debtor     Reporting Period: 12/1/2019 - 12/31/2019

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | DIP OPERATING 6610 #6610 | DIP DISPUTED WI 6629 #6629 | DIP ROYALTY 6637 #6637 | PRE-PETITION Sig Checking 9516 #9516 | PRE-PETITION WA Federal 5673 #5673 |
|---|---|---|---|---|---|
| **BALANCE PER BOOKS** | 5,808.57 | - | - | - | - |
| | | | | | |
| **BANK BALANCE** | 5,808.57 | - | - | - | - |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | - | - | - | - | - |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | - | - | - | - | - |
| OTHER *(ATTACH EXPLANATION)* | - | - | - | - | - |
| | | | | | |
| **ADJUSTED BANK BALANCE \*** | 5,808.57 | - | - | , - | - |

\*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**OTHER**

| In re PONDEROSA-STATE ENERGY, LLC | Case No. | 19-13011 |
|---|---|---|
| Debtor | Reporting Period: | 12/1/2019 - 12/31/2019 |

## STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an **accrual** basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | MONTH | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Gross Revenues | 95,825.05 | 220,379.42 |
| Less:  Fees and Taxes withheld | (28,156.86) | (65,491.79) |
| Net Revenue | 67,668.19 | 154,887.63 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | - | - |
| Ending Inventory | - | - |
| **OPERATING EXPENSES** | | |
| FIELD LEASE OPERATING EXPENSES | 32,598.87 | 126,426.11 |
| Insurance | | |
| Management Services | 4,500.00 | 13,500.00 |
| Accounting Fees | 2,537.50 | 2,537.50 |
| Rent and Lease Expense | - | - |
| Taxes - Paid from Restricted cash | - | 204,657.26 |
| Other - AD Valorem Tax | 13,005.38 | 13,005.38 |
| Total Operating Expenses Before Depreciation | 52,641.75 | 360,126.25 |
| Depreciation/Depletion/Amortization | 3,788.99 | 8,233.77 |
| Net Profit (Loss) Before Other Income & Expenses | 11,237.45 | (213,472.39) |
| **OTHER INCOME AND EXPENSES** | | |
| Interest Income and Bank Fees | 54.92 | 310.23 |
| Interest Expense | 3,789.35 | 12,806.56 |
| Interest - Pre-Petition | 21,059.74 | 21,059.74 |
| Line of Credit OID fee - for Accrual purposes | 486.11 | 1,944.44 |
| Lender Legal Fees | - | 40,238.84 |
| Net Profit (Loss) Before Reorganization Items | (14,042.83) | (289,211.74) |
| **REORGANIZATION ITEMS** | | |
| Professional Fees * | 66,506.22 | 256,506.22 |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 (*see continuation sheet*) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses * | 297.50 | 24,126.74 |
| Total Reorganization Expenses | 66,803.72 | 280,632.96 |
| Income Taxes | | |
| Net Profit (Loss) | (80,846.55) | (569,844.70) |

*estimated expenses

In re PONDEROSA-STATE ENERGY, LLC      Case No. 19-13011

Debtor      Reporting Period: 12/1/2019 - 12/31/2019

### BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| *CURRENT ASSETS* | | | |
| Unrestricted Cash and Equivalents | 5,808.57 | 21,927.03 | 199.49 |
| Restricted Cash and Cash Equivalents *** | 97,012.52 | 52,788.92 | 269,342.15 |
| Accounts Receivable (Net) | 88,863.66 | 93,960.35 | 45,270.00 |
| Notes Receivable | | | |
| Inventories | - | - | 2,000.00 |
| Prepaid Expenses / Deposits | 24,868.04 | 29,293.30 | 19,239.00 |
| Professional Retainers | | | |
| Other Current Assets *(attach schedule)* | | | |
| *TOTAL CURRENT ASSETS* | 216,552.79 | 197,969.60 | 336,050.64 |
| *PROPERTY & EQUIPMENT* | | | |
| Real Property and Improvements | 1,557,006.53 | 1,557,006.53 | 1,557,006.53 |
| Machinery and Equipment | | | |
| Furniture, Fixtures and Office Equipment | | | |
| Leasehold Improvements | | | |
| Vehicles | | | |
| Less:  Accumulated Depreciation | (170,938.89) | (167,149.90) | (162,705.12) |
| *TOTAL PROPERTY & EQUIPMENT* | 1,386,067.64 | 1,389,856.63 | 1,394,301.41 |
| *OTHER ASSETS* | | | |
| Amounts due from Insiders* | | | |
| Asset Retirement Obligations (for GAAP) | 18,500.00 | 18,500.00 | |
| Other Assets *(attach schedule)* | | | |
| *TOTAL OTHER ASSETS* | 18,500.00 | 18,500.00 | - |
| *TOTAL ASSETS* | 1,621,120.43 | 1,606,326.23 | 1,730,352.05 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | | |
| Accounts Payable | 87,918.07 | 60,140.78 | |
| Taxes Payable *(refer to FORM MOR-4)* | | | - |
| Wages Payable | | | |
| Notes Payable | 50,000.00 | 50,000.00 | |
| Rent / Leases - Building/Equipment | | | |
| Secured Debt / Adequate Protection Payments | 54,365.58 | 64,068.08 | |
| Professional Fees | 256,506.22 | 190,000.00 | |
| Amounts Due to Insiders* | | | - |
| Other Post-petition Liabilities *(attach schedule)* | | | |
| *TOTAL POST-PETITION LIABILITIES* | 448,789.87 | 364,208.86 | - |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | | |
| Secured Debt | 650,000.00 | 660,000.00 | 680,000.00 |
| Asset Retirement Obligations (for GAAP) | 18,500.00 | 18,500.00 | |
| Priority Debt | | | |
| Unsecured Debt ** | 397,345.61 | 376,285.87 | 348,107.67 |
| Other Liabilities | | | |
| *TOTAL PRE-PETITION LIABILITIES* | 1,065,845.61 | 1,054,785.87 | 1,028,107.67 |
| *TOTAL LIABILITIES* | 1,514,635.48 | 1,418,994.73 | 1,028,107.67 |
| *OWNERS' EQUITY* | | | |
| Capital Stock | | | |
| Additional Paid-In Capital | | | |
| Partners' Capital Account | | | |
| Owner's Equity Account | 878,121.80 | 878,121.80 | 904,036.93 |
| Retained Earnings - Pre-Petition | (201,792.15) | (201,792.15) | (201,792.15) |
| Retained Earnings - Post-petition | (569,844.70) | (488,998.15) | |
| Adjustments to Owner Equity *(attach schedule)* | | | |
| Post-petition Contributions *(attach schedule)* | | | |
| *NET OWNERS' EQUITY* | 106,484.95 | 187,331.50 | 702,244.78 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 1,621,120.43 | 1,606,326.23 | 1,730,352.45 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

** Includes adjustment for pre-petition accrued interest

*** Estimate of disputed working interest funds held by Kent Ries.

In re PONDEROSA-STATE ENERGY, LLC           Case No. 19-13011
    Debtor                                 Reporting Period:   12/1/2019 - 12/31/2019

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the
amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | 0 | 0 | 0 | | | |
| FICA-Employee | 0 | 0 | 0 | | | |
| FICA-Employer | 0 | 0 | 0 | | | |
| Unemployment | 0 | 0 | 0 | | | |
| Income | 0 | 0 | 0 | | | |
| Other: | 0 | 0 | 0 | | | |
|   Total Federal Taxes | 0 | 0 | 0 | | | |
| **State and Local** | | | | | | |
| Withholding | 0 | 0 | 0 | | | |
| Sales | 0 | 0 | 0 | | | |
| Excise | 0 | 0 | 0 | | | |
| Unemployment | 0 | 0 | 0 | | | |
| Real Property | 13,005.38 | - | 11,911.65 | 12/31/2019 | ACH | 1,093.73 |
| Personal Property | - | | | | | - |
| Severance Taxes | 1,263.25 | 975.89 | - | | | 2,239.14 |
|   Total State and Local | 14,268.63 | 975.89 | 11,911.65 | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 1-30 | 31-60 | 61-90 | Over 91 | Total |
| Accounts Payable * | 46,863.82 | 14,956.51 | 26,097.74 | | | 87,918.07 |
| Wages Payable | - | | | | | - |
| Taxes Payable | - | | | | | - |
| Rent/Leases-Building | - | | | | | - |
| Rent/Leases-Equipment | - | | | | | - |
| Secured Debt/Adequate Protection Payments | 297.50 | 5,423.00 | 48,645.08 | | | 54,365.58 |
| Professional Fees | 256,506.22 | | | | | 256,506.22 |
| Amounts Due to Insiders | | | | | | - |
| DIP Loan | 50,000.00 | - | | | | 50,000.00 |
| Other: | | | | | | - |
| **Total Post-petition Debts** | 353,667.54 | 20,379.51 | 74,742.82 | | - | 448,789.87 |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

Professional fees have not been billed yet.  Past due debts are owed to Ponderosa TX Operating LLC, the DIP lender's legal
counsel and the Debtor's legal counsel.  These will be paid when funds are available and within the budget; and, with respect
to the Debtor's professional fees, once they are approved by the Court after a properly noticed hearing and application.

\* includes $60,771.92 due to Ponderosa TX Operating LLC.

In re PONDEROSA-STATE ENERGY, LLC

Debtor

Case No. 19-13011

Reporting Period: 12/1/2019 - 12/31/2019

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 93,960.35 |
| Plus: Amounts billed during the period | 88,863.67 |
| Less: Amounts collected during the period | (96,296.83) |
| Less: Adjustments | 2,336.47 |
| Total Accounts Receivable at the end of the reporting period | 88,863.66 |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | 88,863.66 | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Accounts Receivable | 88,863.66 | - | - | - | - |
| Less: Bad Debts (Amount considered uncollectible) | - | | | | |
| Net Accounts Receivable | 88,863.66 | | | | |

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | 975.89 | | | | |
| 31 - 60 days old | 523.98 | | | | |
| 61 - 90 days old | 739.27 | | | | |
| 91+ days old | | | | | |
| Total Taxes Payable | 2,239.14 | | | | |
| Total Accounts Payable | | | | | |

In re PONDEROSA-STATE ENERGY, LLC                    Case No. 19-13011
         Debtor                              Reporting Period: 12/1/2019 - 12/31/2019

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL PAYMENTS TO INSIDERS | | | |

| PROFESSIONALS | | | | |
|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| Diamond McCarthy LLP |  |  |  | - | 256,506.22 |
| Gollob Morgan Peddy PC |  |  |  | - | 2,537.50 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| TOTAL PAYMENTS TO PROFESSIONALS | | | | - | 259,043.72 |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| Washington Federal Bank | 10,000.00 | 10,000.00 | 670,000.00 |
| Forchelli Deegan Terrana LLP |  | 10,000.00 | 14,126.74 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL PAYMENTS | | 20,000.00 | |

In re PONDEROSA-STATE ENERGY, LLC      Case No. 19-13011
     Debtor      Reporting Period: 12/1/2019 - 12/31/2019

## DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any assets been sold or transferred outside the normal course of business this reporting period? | | NO |
| 2 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | NO |
| 3 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | NO |
| 4 Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | NO |
| 5 Is the Debtor delinquent in paying any insurance premium payment? | | NO |
| 6 Have any payments been made on pre-petition liabilities this reporting period? | Yes, Secured loan payments | |
| 7 Are any post petition receivables (accounts, notes or loans) due from related parties? | | NO |
| 8 Are any post petition payroll taxes past due? | | NO |
| 9 Are any post petition State or Federal income taxes past due? | | NO |
| 10 Are any post petition real estate taxes past due? | | NO |
| 11 Are any other post petition taxes past due? | | NO |
| 12 Have any pre-petition taxes been paid during this reporting period? | | NO |
| 13 Are any amounts owed to post petition creditors delinquent? | | NO |
| 14 Are any wage payments past due? | | NO |
| 15 Have any post petition loans been been received by the Debtor from any party? | YES, DIP Loans | |
| 16 Is the Debtor delinquent in paying any U.S. Trustee fees? | | NO |
| 17 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | NO |
| 18 Have the owners or shareholders received any compensation outside of the normal course of business? | | NO |

**SIGNATURE BANK**

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                              Statement Period
                                         From December  01, 2019
                                         To    December  31, 2019
                                         Page     1 of      3

                                         PRIVATE CLIENT GROUP 222
                                         261 MADISON AVENUE
                                         NEW YORK, NY 10016
```

```
        PONDEROSA-STATE ENERGY, LLC DIP         8-222
        OPERATING ACCOUNT
        CASE NUMBER 19 13011(JLG)
        ATTN: RICHARD SANDS
        641 LEXINGTON AVE, FL 21                    See Back for Important Information
        NEW YORK NY  10022            999
```

                                         Primary Account: ████6610         0

```
        AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
        SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
        "BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
        BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
        GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
        SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
        CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
        ACTION THAT YOU MAY CONSIDER APPROPRIATE.
```

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████6610    BANKRUPTCY CHECKING | | 21,927.03 | 5,808.57 |
| RELATIONSHIP | TOTAL | | 5,808.57 |



SIGNATURE BANK

PRIVATE CLIENT GROUP 222
261 MADISON AVENUE
NEW YORK, NY 10016

PONDEROSA-STATE ENERGY, LLC DIP        8-222
OPERATING ACCOUNT
CASE NUMBER 19 13011(JLG)
ATTN: RICHARD SANDS
641 LEXINGTON AVE, FL 21                          See Back for Important Information
NEW YORK NY  10022              999

Primary Account: ████6610          0

BANKRUPTCY CHECKING          ████6610


Summary

Previous Balance as of December  01, 2019                                    21,927.03
      1 Credits                                                              33,370.74
      4 Debits                                                               49,489.20
Ending Balance as of    December  31, 2019                                    5,808.57


Deposits and Other Credits
Dec 24  ACH DEPOSIT          ck/ref no.   6031710                            33,370.74
        PONDEROSA TX OPE   ACH PAYMEN   286948
        002 ██████████████3532

Withdrawals and Other Debits
Dec 03  OUTGOING WIRE                                                        12,901.75
        REF#  20191203B6B7261F001221
        TO:   WASHINGTON FEDERAL        ABA:  325070980
        BANK: WASHINGTON FEDERAL, NA         ACCT# ████████
        OBI:  Ponderosa LN#██████3880 Principle/Interest payment
        OBI:
        OBI:
Dec 05  ONLINE TRANSFER DR                                                    8,500.00
        ONLINE XFR TO: XXXXXX2528
Dec 26  OUTGOING WIRE                                                        10,000.00
        REF#  20191226B6B7261F002119
        TO:   Forchelli, Curto, Deegan, Schwartz  ABA:  021411335
        BANK: FIRST NATIONAL BANK OF LONG IS     ACCT# ████████
Dec 31  ONLINE TRANSFER DR                                                   18,087.45
        ONLINE XFR TO: XXXXXX2528

 SIGNATURE BANK

Statement Period
From December  01, 2019
To    December  31, 2019
Page      3 of      3

PRIVATE CLIENT GROUP 222
261 MADISON AVENUE
NEW YORK, NY 10016

PONDEROSA-STATE ENERGY, LLC DIP        8-222
OPERATING ACCOUNT
CASE NUMBER 19 13011(JLG)
ATTN: RICHARD SANDS
641 LEXINGTON AVE, FL 21                               See Back for Important Information
NEW YORK NY  10022              999

                                       Primary Account: ▮▮▮▮6610          0

Daily Balances
Nov 30        21,927.03           Dec 24        33,896.02
Dec 03         9,025.28           Dec 26        23,896.02
Dec 05           525.28           Dec 31         5,808.57

## SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From December 01, 2019
To   December 31, 2019
Page   1 of   2

PRIVATE CLIENT GROUP 222
261 MADISON AVENUE
NEW YORK, NY 10016

PONDEROSA-STATE ENERGY, LLC DIP        8-222
DISPUTED WORKING INTEREST ACCT
CASE NUMBER 19 13011(JLG)
ATTN: RICHARD SANDS
641 LEXINGTON AVE, FL 21                        See Back for Important Information
NEW YORK NY  10022          999

Primary Account: ████6629        0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████6629     BANKRUPTCY CHECKING | | .00 | .00 |
| RELATIONSHIP          TOTAL | | | .00 |



SIGNATURE BANK

Statement Period
From December  01, 2019
To    December  31, 2019
Page      2 of      2

PRIVATE CLIENT GROUP 222
261 MADISON AVENUE
NEW YORK, NY 10016

PONDEROSA-STATE ENERGY, LLC DIP        8-222
DISPUTED WORKING INTEREST ACCT
CASE NUMBER 19 13011(JLG)
ATTN: RICHARD SANDS
641 LEXINGTON AVE, FL 21                              See Back for Important Information
NEW YORK NY  10022              999

                                                Primary Account: ████6629          0

BANKRUPTCY CHECKING          ████6629

Summary

  Previous Balance as of December  01, 2019                                        .00

  There was no deposit activity during this statement period

  Ending Balance as of    December  31, 2019                                       .00

## SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                        Statement Period
                                        From December  01, 2019
                                        To   December  31, 2019
                                        Page    1 of    2

                                        PRIVATE CLIENT GROUP 222
                                        261 MADISON AVENUE
                                        NEW YORK, NY 10016
```

```
        PONDEROSA-STATE ENERGY, LLC DIP        8-222
        ROYALTY ACCOUNT
        CASE NUMBER 19 13011(JLG)
        ATTN RICHARD SANDS
        641 LEXINGTON AVE FL 21                          See Back for Important Information
        NEW YORK NY  10022              999
```

Primary Account: ███████6637          0

```
        AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
        SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
        "BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
        BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
        GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
        SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
        CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
        ACTION THAT YOU MAY CONSIDER APPROPRIATE.
```

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ███████6637 | BANKRUPTCY CHECKING | .00 | .00 |
| | RELATIONSHIP        TOTAL | | .00 |


SIGNATURE BANK

Statement Period
From December  01, 2019
To    December  31, 2019
Page      2 of      2

PRIVATE CLIENT GROUP 222
261 MADISON AVENUE
NEW YORK, NY 10016

PONDEROSA-STATE ENERGY, LLC DIP       8-222
ROYALTY ACCOUNT
CASE NUMBER 19 13011(JLG)
ATTN RICHARD SANDS
641 LEXINGTON AVE FL 21                              See Back for Important Information
NEW YORK NY  10022             999

Primary Account: ███████6637           0

BANKRUPTCY CHECKING          ██████6637


Summary

  Previous Balance as of December  01, 2019                                              .00

  There was no deposit activity during this statement period

  Ending Balance as of    December  31, 2019                                             .00

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                        Statement Period
                                   From November  01, 2019
                                   To   November  30, 2019
                                   Page      1 of      3

                                   PRIVATE CLIENT GROUP 222
                                   261 MADISON AVENUE
                                   NEW YORK, NY 10016
```

```
        PONDEROSA-STATE ENERGY, LLC DIP        8-222
        OPERATING ACCOUNT
        CASE NUMBER 19 13011(JLG)
        ATTN: RICHARD SANDS
        641 LEXINGTON AVE, FL 21              See Back for Important Information
        NEW YORK NY  10022        999
```

Primary Account: ████6610            0

EFFECTIVE DECEMBER 27, 2019, WE HAVE REVISED SIGNATURE BANK'S BUSINESS BANK
ACCOUNT AGREEMENTS AND DISCLOSURES BOOKLET, BUSINESS ACCOUNT INTERNET
BANKING TERMS AND CONDITIONS AND BUSINESS ACCOUNT FEE SCHEDULE. PRINTED,
UPDATED BOOKLETS AND TERMS AND CONDITIONS WILL BE AVAILABLE AT OUR FINANCIAL
CENTERS OR AT WWW.SIGNATURENY.COM IN THE 'ABOUT US' SECTION.  THE BUSINESS
ACCOUNT FEE SCHEDULE CAN BE REQUESTED AT OUR FINANCIAL CENTERS OR BY
CONTACTING YOUR PRIVATE CLIENT GROUP.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 1503806610 | BANKRUPTCY CHECKING | 57,573.20 | 21,927.03 |
| | | | |
| RELATIONSHIP | TOTAL | | 21,927.03 |

 SIGNATURE BANK

PRIVATE CLIENT GROUP 222
261 MADISON AVENUE
NEW YORK, NY 10016

PONDEROSA-STATE ENERGY, LLC DIP        8-222
OPERATING ACCOUNT
CASE NUMBER 19 13011(JLG)
ATTN: RICHARD SANDS
641 LEXINGTON AVE, FL 21
NEW YORK NY  10022            999

See Back for Important Information

Primary Account: ██████6610        0

BANKRUPTCY CHECKING       ██████6610

Summary

| | | |
|---|---|---:|
| Previous Balance as of November  01, 2019 | | 57,573.20 |
| 3 Credits | | 23,020.89 |
| 5 Debits | | 58,667.06 |
| Ending Balance as of   November 30, 2019 | | 21,927.03 |

Deposits and Other Credits

| Date | Description | Amount |
|---|---|---:|
| Nov 05 | ACH DEPOSIT            ck/ref no.   1142574 | 2,521.06 |
| | PONDEROSA TX OPE   ACH PAYMEN    207865 | |
| | ██████3532 | |
| Nov 22 | ACH DEPOSIT            ck/ref no.   2985651 | 6,504.22 |
| | PONDEROSA TX OPE   ACH PAYMEN    PSE | |
| | ██████3532 | |
| Nov 27 | ONLINE TRANSFER CR | 13,995.61 |
| | ONLINE XFR FROM: XXXXXX2528 | |

Withdrawals and Other Debits

| Date | Description | Amount |
|---|---|---:|
| Nov 04 | OUTGOING WIRE | 12,951.57 |
| | REF# | |
| | TO:    WASHINGTON FEDERAL            ABA:   325070980 | |
| | BANK: WASHINGTON FEDERAL, NA         ACCT# ██████ | |
| | OBI:   Ponderosa LN#██████3880 Principle/Interest payment | |
| | OBI: | |
| | OBI: | |
| Nov 04 | ONLINE TRANSFER DR | 20,000.00 |
| | ONLINE XFR TO: XXXXXX2528 | |
| Nov 07 | ONLINE TRANSFER DR | 16,683.25 |
| | ONLINE XFR TO: XXXXXX2528 | |
| Nov 12 | ONLINE TRANSFER DR | 8,000.00 |
| | ONLINE XFR TO: XXXXXX2528 | |
| Nov 26 | ONLINE TRANSFER DR | 1,032.24 |
| | ONLINE XFR TO: XXXXXX2528 | |



SIGNATURE BANK

                                        Statement Period
                                        From November  01, 2019
                                        To   November  30, 2019
                                        Page      3 of     3

                                        PRIVATE CLIENT GROUP 222
                                        261 MADISON AVENUE
                                        NEW YORK, NY 10016

            PONDEROSA-STATE ENERGY, LLC DIP         8-222
            OPERATING ACCOUNT
            CASE NUMBER 19 13011(JLG)
            ATTN: RICHARD SANDS
            641 LEXINGTON AVE, FL 21                        See Back for Important Information
            NEW YORK NY  10022            999

                                        Primary Account: ████████6610        0

    Daily Balances
     Oct 31        57,573.20            Nov 12         2,459.44
     Nov 04        24,621.63            Nov 22         8,963.66
     Nov 05        27,142.69            Nov 26         7,931.42
     Nov 07        10,459.44            Nov 27        21,927.03

## SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From November 01, 2019
To    November 30, 2019
Page    1 of    2

PRIVATE CLIENT GROUP 222
261 MADISON AVENUE
NEW YORK, NY 10016

PONDEROSA-STATE ENERGY, LLC DIP        8-222
DISPUTED WORKING INTEREST ACCT
CASE NUMBER 19 13011(JLG)
ATTN: RICHARD SANDS
641 LEXINGTON AVE, FL 21                    See Back for Important Information
NEW YORK NY  10022        999

Primary Account: ████6629        0

EFFECTIVE DECEMBER 27, 2019, WE HAVE REVISED SIGNATURE BANK'S BUSINESS BANK
ACCOUNT AGREEMENTS AND DISCLOSURES BOOKLET, BUSINESS ACCOUNT INTERNET
BANKING TERMS AND CONDITIONS AND BUSINESS ACCOUNT FEE SCHEDULE. PRINTED,
UPDATED BOOKLETS AND TERMS AND CONDITIONS WILL BE AVAILABLE AT OUR FINANCIAL
CENTERS OR AT WWW.SIGNATURENY.COM IN THE 'ABOUT US' SECTION.  THE BUSINESS
ACCOUNT FEE SCHEDULE CAN BE REQUESTED AT OUR FINANCIAL CENTERS OR BY
CONTACTING YOUR PRIVATE CLIENT GROUP.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████6629 | BANKRUPTCY CHECKING | .00 | .00 |
| | | | |
| RELATIONSHIP | TOTAL | | .00 |



SIGNATURE BANK

Statement Period
From November  01, 2019
To    November  30, 2019
Page     2 of     2

PRIVATE CLIENT GROUP 222
261 MADISON AVENUE
NEW YORK, NY 10016

PONDEROSA-STATE ENERGY, LLC DIP        8-222
DISPUTED WORKING INTEREST ACCT
CASE NUMBER 19 13011(JLG)
ATTN: RICHARD SANDS
641 LEXINGTON AVE, FL 21                          See Back for Important Information
NEW YORK NY  10022              999

                                    Primary Account: ▇▇▇▇6629           0

BANKRUPTCY CHECKING          ▇▇▇▇6629


Summary

  Previous Balance as of November  01, 2019                                              .00

  There was no deposit activity during this statement period

  Ending Balance as of    November  30, 2019                                             .00

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From November  01, 2019
To    November  30, 2019
Page      1 of     2

PRIVATE CLIENT GROUP 222
261 MADISON AVENUE
NEW YORK, NY 10016

PONDEROSA-STATE ENERGY, LLC DIP        8-222
ROYALTY ACCOUNT
CASE NUMBER 19 13011(JLG)
ATTN RICHARD SANDS
641 LEXINGTON AVE FL 21                            See Back for Important Information
NEW YORK NY  10022              999

Primary Account: ████6637           0

EFFECTIVE DECEMBER 27, 2019, WE HAVE REVISED SIGNATURE BANK'S BUSINESS BANK
ACCOUNT AGREEMENTS AND DISCLOSURES BOOKLET, BUSINESS ACCOUNT INTERNET
BANKING TERMS AND CONDITIONS AND BUSINESS ACCOUNT FEE SCHEDULE. PRINTED,
UPDATED BOOKLETS AND TERMS AND CONDITIONS WILL BE AVAILABLE AT OUR FINANCIAL
CENTERS OR AT WWW.SIGNATURENY.COM IN THE 'ABOUT US' SECTION.  THE BUSINESS
ACCOUNT FEE SCHEDULE CAN BE REQUESTED AT OUR FINANCIAL CENTERS OR BY
CONTACTING YOUR PRIVATE CLIENT GROUP.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████6637 | BANKRUPTCY CHECKING | .00 | .00 |
| | | | |
| RELATIONSHIP | TOTAL | | .00 |


SIGNATURE BANK

Statement Period
From November  01, 2019
To   November  30, 2019
Page      2 of      2

PRIVATE CLIENT GROUP 222
261 MADISON AVENUE
NEW YORK, NY 10016

PONDEROSA-STATE ENERGY, LLC DIP      8-222
ROYALTY ACCOUNT
CASE NUMBER 19 13011(JLG)
ATTN RICHARD SANDS
641 LEXINGTON AVE FL 21                          See Back for Important Information
NEW YORK NY  10022              999

Primary Account: ████6637            0

BANKRUPTCY CHECKING        ████6637


Summary

  Previous Balance as of November  01, 2019                                      .00

  There was no deposit activity during this statement period

  Ending Balance as of    November  30, 2019                                     .00

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                           Statement Period
                                           From October  01, 2019
                                           To   October  31, 2019
                                           Page     1 of      3

                                           PRIVATE CLIENT GROUP 222
                                           261 MADISON AVENUE
                                           NEW YORK, NY 10016


        PONDEROSA-STATE ENERGY, LLC DIP        8-222
        OPERATING ACCOUNT
        CASE NUMBER 19 13011(JLG)
        ATTN: RICHARD SANDS
        641 LEXINGTON AVE, FL 21                   See Back for Important Information
        NEW YORK NY  10022          999

                                           Primary Account: ▆▆▆▆6610          0
```

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ▆▆▆6610    BANKRUPTCY CHECKING | | 50.23 | 57,573.20 |
| | | | |
| RELATIONSHIP    TOTAL | | | 57,573.20 |

 SIGNATURE BANK

```
                                            Statement Period
                                            From October  01, 2019
                                            To   October  31, 2019
                                            Page     2 of    3

                                            PRIVATE CLIENT GROUP 222
                                            261 MADISON AVENUE
                                            NEW YORK, NY 10016


        PONDEROSA-STATE ENERGY, LLC DIP       8-222
        OPERATING ACCOUNT
        CASE NUMBER 19 13011(JLG)
        ATTN: RICHARD SANDS
        641 LEXINGTON AVE, FL 21                    See Back for Important Information
        NEW YORK NY  10022            999

                                            Primary Account: ████6610      0


BANKRUPTCY CHECKING        ████6610
```


Summary

```
    Previous Balance as of October   01, 2019                               50.23
          6 Credits                                                      99,559.96
          4 Debits                                                       42,036.99
    Ending Balance as of    October   31, 2019                           57,573.20
```


Deposits and Other Credits

```
    Oct 02  ACH DEPOSIT           ck/ref no.    7698239                  19,503.28
            PONDEROSA TX OPE    ACH PAYMEN   150681
            002 0000000000019503289812913532
    Oct 09  ACH DEPOSIT           ck/ref no.    8511984                  13,654.97
            PONDEROSA TX OPE    ACH PAYMEN   162249
            002 0000000000013654979812913532
    Oct 11  ONLINE TRANSFER CR                                          13,201.89
            ONLINE XFR FROM: XXXXXX2528
    Oct 17  INCOMING WIRE                                                   149.26
            REF#  20191017B6B7261F00111310171307FT03
            FROM: PONDEROSA-STATE ENERGY, LLC      ABA:  325070980
            BANK:
            OBI:  DEBTOR IN POSSESSION OPERATING ACCT
            OBI:
            OBI:
    Oct 28  ACH DEPOSIT           ck/ref no.     215124                   3,050.56
            PONDEROSA TX OPE    ACH PAYMEN   193818
            002 0000000000030505698129135332
    Oct 30  ONLINE TRANSFER CR                                          50,000.00
            ONLINE XFR FROM: XXXXXX5746
```


Withdrawals and Other Debits

```
    Oct 11  ONLINE TRANSFER DR                                          13,201.89
            ONLINE XFR TO: XXXXXX2528
    Oct 15  OUTGOING WIRE                                               13,201.89
```



SIGNATURE BANK

```
                                        Statement Period
                                        From October  01, 2019
                                        To   October  31, 2019
                                        Page    3 of    3

                                        PRIVATE CLIENT GROUP 222
                                        261 MADISON AVENUE
                                        NEW YORK, NY 10016


        PONDEROSA-STATE ENERGY, LLC DIP        8-222
        OPERATING ACCOUNT
        CASE NUMBER 19 13011(JLG)
        ATTN: RICHARD SANDS
        641 LEXINGTON AVE, FL 21                    See Back for Important Information
        NEW YORK NY  10022             999

                                        Primary Account:      6610          0
```

| Date | Description | | |
|---|---|---|---|
| | REF# | | |
| | TO:   WASHINGTON FEDERAL | ABA:  325070980 | |
| | BANK: WASHINGTON FEDERAL, NA | ACCT# | |
| | OBI:  Ponderosa LN#62761573880 Principle/Interest payment | | |
| | OBI: | | |
| | OBI: | | |
| Oct 18 | AUTOMATED PAYMENT     ck/ref no.    9519071 | | 72.74 |
| | DELUXE BUS SYS.    BUS PRODS    86347966 | | |
| Oct 25 | ONLINE TRANSFER DR | | 15,560.47 |
| | ONLINE XFR TO: XXXXXX2528 | | |

Daily Balances

| | | | |
|---|---|---|---|
| Sep 30 | 50.23 | Oct 18 | 20,083.11 |
| Oct 02 | 19,553.51 | Oct 25 | 4,522.64 |
| Oct 09 | 33,208.48 | Oct 28 | 7,573.20 |
| Oct 15 | 20,006.59 | Oct 30 | 57,573.20 |
| Oct 17 | 20,155.85 | | |

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

                                        Statement Period
                                        From September 24, 2019
                                        To    September 30, 2019
                                        Page      1 of     2

                                        PRIVATE CLIENT GROUP 222
                                        261 MADISON AVENUE
                                        NEW YORK, NY 10016


        PONDEROSA-STATE ENERGY, LLC DIP        8-222
        OPERATING ACCOUNT
        CASE NUMBER 19 13011(JLG)
        745 5TH AVE, STE 537
        NEW YORK NY  10151           999              See Back for Important Information


                                        Primary Account: ████6610              0

        AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
        SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
        "BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
        BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
        GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
        SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
        CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
        ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| **BANK DEPOSIT ACCOUNTS** | | | |
| ████6610 | BANKRUPTCY CHECKING | .00 | 50.23 |
| | RELATIONSHIP        TOTAL | | 50.23 |


SIGNATURE BANK

Statement Period
From September 24, 2019
To    September 30, 2019
Page      2 of      2

PRIVATE CLIENT GROUP 222
261 MADISON AVENUE
NEW YORK, NY 10016

PONDEROSA-STATE ENERGY, LLC DIP      8-222
OPERATING ACCOUNT
CASE NUMBER 19 13011(JLG)
745 5TH AVE, STE 537
NEW YORK NY  10151                999                      See Back for Important Information

Primary Account: ▉▉▉▉6610          0

BANKRUPTCY CHECKING        ▉▉▉▉6610

Summary

    Previous Balance as of September 24, 2019                                        .00
         1 Credits                                                                  50.23
    Ending Balance as of    September 30, 2019                                      50.23

Deposits and Other Credits
    Sep 27   TELEPHONE XFER CR                                                      50.23
             TELEPHONE TRANSFER FROM: XXXXXX9516
Daily Balances
    Sep 24              .00              Sep 27          50.23