DIAMOND McCARTHY LLP
Charles M. Rubio
Sheryl P. Giugliano
295 Madison Ave, 27th Floor
New York, NY 10017
Tel: (212) 430-5400
Fax: (212) 430-5499

*Counsel to Ponderosa-State Energy, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re:

PONDEROSA-STATE ENERGY, LLC            Case No. 19-13011 (JLG)

    Debtor.                              Chapter 11

--------------------------------------------------------x

### SECOND SUPPLEMENT TO MOTION FOR AUTHORIZATION PURSUANT TO 11 U.S.C. §§105, 361, 362 AND 363(c) FOR USE OF CASH COLLATERAL

Ponderosa-State Energy, LLC ("Ponderosa" or the "Debtor"), the above-captioned debtor and debtor in possession, files this Second Supplement (the "Amended Supplement") to *Motion For Authorization Pursuant to 11 U.S.C. §§105, 361, 362 and 363(c) For Use of Cash Collateral* (the "Motion").[1]

Attached hereto as **Exhibit A** is a proposed third 13-week cash collateral budget from the week beginning March 15, 2020 through and including the week ending June 13, 2020 (the "Budget").

WHEREFORE, the Debtor respectfully requests the entry of an interim order, substantially in the form attached to the Motion, approving continued use of Cash Collateral pursuant to the Budget.

---

[1]    Capitalized terms used but not defined herein have the meanings assigned to such terms in the Motion.

Dated: New York, New York
      February 21, 2020

Respectfully submitted,

DIAMOND McCARTHY LLP

*/s/ Charles M. Rubio*
Charles M. Rubio
Sheryl P. Giugliano
295 Madison Ave, 27th Floor
New York, NY 10017
Tel: (212) 430-5400
Fax: (212430-5499

*Counsel to Ponderosa-State Energy, LLC*

# Exhibit A

PONDEROSA-STATE ENERGY, LLC, Case No. 19-13011 (Bankr. S.D.N.Y)  
Third 13-Week Budget

3/15/20 - 6/13/2020  
Weeks 27-39

| Ref: | | Week # 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | # of Days 90 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Week Start | 3/15/2020 | 3/22/2020 | 3/29/2020 | 4/5/2020 | 4/12/2020 | 4/19/2020 | 4/26/2020 | 5/3/2020 | 5/10/2020 | 5/17/2020 | 5/24/2020 | 5/31/2020 | 6/7/2020 | Total |
| | Week Ended | 3/21/2020 | 3/28/2020 | 4/4/2020 | 4/11/2020 | 4/18/2020 | 4/25/2020 | 5/2/2020 | 5/9/2020 | 5/16/2020 | 5/23/2020 | 5/30/2020 | 6/6/2020 | 6/13/2020 | Total |
| 6 | **PRODUCTION** | | | | | | | | | | | | | | |
| 7 | Gross Oil (bbl) | 420 | 420 | 420 | 420 | 420 | 420 | 420 | 420 | 420 | 420 | 420 | 420 | 420 | 5460 |
| 8 | Gross Gas (mcf) | 560 | 560 | 560 | 560 | 560 | 560 | 560 | 560 | 560 | 560 | 560 | 560 | 560 | 7280 |
| 9 | Total BOE/day | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | |
| 10 | Inventory | 91 | 143 | 11 | 63 | 115 | 167 | 219 | 87 | 139 | 191 | 59 | 111 | 163 | |
| 11 | sold | 368 | 368 | 552 | 368 | 368 | 368 | 368 | 552 | 368 | 368 | 552 | 368 | 368 | |
| 12 | oil sold/month | | | 1472 | | | | 2024 | | | | 1840 | | | |
| 13 | gas sold/month | | 2240 | | | | | 2800 | | | | 2240 | | | |
| 14 | **CASH RECEIPTS** | | | | | | | | | | | | | | |
| 15 | Gross Oil Revenue | $ 76,544 | $ - | $ - | $ - | $ - | $ 76,544 | $ - | $ - | $ - | $ - | $ 105,248 | $ - | $ - | $ 258,336 |
| 16 | Gross Gas Revenue | $ - | $ - | $ 17,500 | $ - | $ - | $ - | $ 11,200 | $ - | $ - | $ - | $ - | $ 14,000 | $ - | $ 42,700 |
| 17 | **Gross Cash Receipts from Operations** | $ 76,544 | $ - | $ 17,500 | $ - | $ - | $ 76,544 | $ 11,200 | $ - | $ - | $ - | $ 105,248 | $ 14,000 | $ - | $ 301,036 |
| 18 | **TRANSFER TO RESERVES** | | | | | | | | | | | | | | |
| 19 | Royalty Reserves, GLO payment | $ 19,136 | $ - | $ 4,375 | $ - | $ - | $ 19,136 | $ 2,800 | $ - | $ - | $ - | $ 26,312 | $ 3,500 | $ - | $ 75,259 |
| 20 | Working Interest Reserves | $ 28,130 | $ - | $ 6,431 | $ - | $ - | $ 28,130 | $ 4,116 | $ - | $ - | $ - | $ 38,679 | $ 5,145 | $ - | $ 110,631 |
| 21 | **Total Transfer to Reserves** | $ 47,266 | $ - | $ 10,806 | $ - | $ - | $ 47,266 | $ 6,916 | $ - | $ - | $ - | $ 64,991 | $ 8,645 | $ - | $ 185,890 |
| 23 | **SOURCES OF CASH** | | | | | | | | | | | | | | |
| 24 | **CASH FROM SPECIAL MASTER** | | | | | | | | | | | | | | |
| 25 | Estimated Cash Receipts From Special Master | $ 29,278 | $ - | $ 6,694 | $ - | $ - | $ 29,278 | $ 4,284 | $ - | $ - | $ - | $ 40,257 | $ 5,355 | $ - | $ 115,146 |
| 26 | **Total Cash from Special Master** | $ 29,278 | $ - | $ 6,694 | $ - | $ - | $ 29,278 | $ 4,284 | $ - | $ - | $ - | $ 40,257 | $ 5,355 | $ - | $ 115,146 |
| 29 | **DIP CASH RECEIPTS** | | | | | | | | | | | | | | |
| 30 | Total DIP Availability | $ 500,000 | $ 395,000 | $ 385,000 | $ 370,000 | $ 365,000 | $ 290,000 | $ 290,000 | $ 290,000 | $ 285,000 | $ 210,000 | $ 210,000 | $ 210,000 | $ 210,000 | |
| 31 | Beginning DIP Balance | $ 75,000 | $ 105,000 | $ 115,000 | $ 130,000 | $ 135,000 | $ 210,000 | $ 210,000 | $ 210,000 | $ 215,000 | $ 290,000 | $ 290,000 | $ 290,000 | $ 290,000 | |
| 32 | Draw/(Repayment) of DIP | $ 30,000 | $ 10,000 | $ 15,000 | $ 5,000 | $ 75,000 | $ - | $ - | $ 5,000 | $ 75,000 | $ - | $ - | $ - | $ - | $ 215,000 |
| 33 | Ending DIP Balance | $ 105,000 | $ 115,000 | $ 130,000 | $ 135,000 | $ 210,000 | $ 210,000 | $ 210,000 | $ 215,000 | $ 290,000 | $ 290,000 | $ 290,000 | $ 290,000 | $ 290,000 | |
| 34 | **Total Sources of Cash** | $ 59,278 | $ 10,000 | $ 21,694 | $ 5,000 | $ 75,000 | $ 29,278 | $ 4,284 | $ 5,000 | $ 75,000 | $ - | $ 40,257 | $ 5,355 | $ - | $ 330,146 |
| 36 | **USES OF CASH** | | | | | | | | | | | | | | |
| 37 | **OPERATING EXPENSES** | | | | | | | | | | | | | | |
| 38 | G&A Expenses (51% of total) | $ 16,065 | $ - | $ - | $ - | $ 16,065 | $ - | $ - | $ - | $ 16,065 | $ - | $ - | $ - | $ - | $ 48,195 |
| 39 | Ad Valorem Taxes (51% of total) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 41 | Severance Taxes (51% of total) | $ 3,521 | $ - | $ 625 | $ - | $ - | $ 3,521 | $ 400 | $ - | $ - | $ - | $ 4,841 | $ 500 | $ - | $ 13,408 |
| 42 | Lease Operating Expenses (51% of total) | $ 7,312 | $ 7,306 | $ 6,195 | $ 3,736 | $ 6,496 | $ 4,042 | $ 10,275 | $ 3,736 | $ 6,241 | $ 4,297 | $ 8,716 | $ 4,785 | $ 5,476 | $ 78,611 |
| 43 | CapEx | | | | | | | | | | | | | | $ - |
| 44 | **Total Operating Expenses** | $ 26,898 | $ 7,306 | $ 6,820 | $ 3,736 | $ 22,561 | $ 7,563 | $ 10,675 | $ 3,736 | $ 22,306 | $ 4,297 | $ 13,557 | $ 5,285 | $ 5,476 | $ 140,214 |
| 45 | **CHAPTER 11 RELATED EXPENSES** | | | | | | | | | | | | | | |
| 46 | U.S. Trustee | | | | | | | | | | | | | $ 4,875 | $ 4,875 |
| 47 | Debtor Professional Fees - Legal | $ 50,000 | | | | $ 50,000 | | | | $ 50,000 | | | | | $ 150,000 |
| 48 | Debtor Professional Fees - Accounting | $ 1,500 | | | | $ 1,500 | | | | $ 1,500 | | | | | $ 4,500 |
| 49 | Adequate Protection Payments | | | $ 15,083 | | | | $ 15,021 | | | | | $ 14,958 | | $ 45,063 |
| 50 | DIP Lender Fees | $ 2,500 | | | | $ 2,500 | | | | $ 2,500 | | | | | $ 7,500 |
| 51 | **Total Chapter 11 Related Expenses** | $ 54,000 | $ - | $ 15,083 | $ - | $ 54,000 | $ - | $ 15,021 | $ - | $ 54,000 | $ - | $ - | $ 14,958 | $ 4,875 | $ 211,938 |
| 52 | **Total Uses of Cash** | $ 80,898 | $ 7,306 | $ 21,903 | $ 3,736 | $ 76,561 | $ 7,563 | $ 25,696 | $ 3,736 | $ 76,306 | $ 4,297 | $ 13,557 | $ 20,243 | $ 10,351 | $ 352,152 |
| 53 | **BEGINNING CASH** | $ 30,000 | $ 8,380 | $ 11,074 | $ 10,865 | $ 12,129 | $ 10,568 | $ 32,284 | $ 10,872 | $ 12,136 | $ 10,830 | $ 6,533 | $ 33,233 | $ 18,346 | |
| 54 | **ENDING CASH** | $ 8,380 | $ 11,074 | $ 10,865 | $ 12,129 | $ 10,568 | $ 32,284 | $ 10,872 | $ 12,136 | $ 10,830 | $ 6,533 | $ 33,233 | $ 18,346 | $ 7,995 | |

PONDEROSA-STATE ENERGY, LLC, Case No. 19-13011 (Bankr. S.D.N.Y)

Third 13-Week Budget

3/15/20 - 6/13/2020

Weeks 27-39

| Ref: | | Week # | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | # of Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Week Start | 3/15/2020 | 3/22/2020 | 3/29/2020 | 4/5/2020 | 4/12/2020 | 4/19/2020 | 4/26/2020 | 5/3/2020 | 5/10/2020 | 5/17/2020 | 5/24/2020 | 5/31/2020 | 6/7/2020 | 90 |
| | | Week Ended | 3/21/2020 | 3/28/2020 | 4/4/2020 | 4/11/2020 | 4/18/2020 | 4/25/2020 | 5/2/2020 | 5/9/2020 | 5/16/2020 | 5/23/2020 | 5/30/2020 | 6/6/2020 | 6/13/2020 | Total |
| 70 | **OPERATING EXPENSE DETAILS** | | | | | | | | | | | | | | | |
| 71 | **FIELD LEASE OPERATING EXPENSE** | | | | | | | | | | | | | | | |
| 72 | Total Field Lease Operating Expense | $ | 14,337 | $ 14,325 | $ 12,147 | $ 7,325 | $ 12,737 | $ 7,925 | $ 20,147 | $ 7,325 | $ 12,237 | $ 8,425 | $ 17,090 | $ 9,382 | $ 10,737 | $ 154,140 |
| 73 | **G&A EXPENSE** | | | | | | | | | | | | | | | |
| 74 | Legal | $ | 2,500 | $ - | $ - | $ - | $ 2,500 | $ - | $ - | $ - | $ 2,500 | $ - | $ - | $ - | $ - | $ 7,500 |
| 75 | Accounting | $ | - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 76 | Reimbursement of Management Services | $ | 29,000 | $ - | $ - | $ - | $ 29,000 | $ - | $ - | $ - | $ 29,000 | $ - | $ - | $ - | $ - | $ 87,000 |
| 77 | **Subtotal** | $ | 31,500 | $ - | $ - | $ - | $ 31,500 | $ - | $ - | $ - | $ 31,500 | $ - | $ - | $ - | $ - | $ 94,500 |

\* The production is for demonstrative purposes only. There is a dispute between the Debtor and other parties as to who is the legal owner of the revenue.

\*\* The Debtor reserves its right to contend that all of its expenses including all the Chapter 11 Related Expenses should be reimbursed from the funds held by the special master.