Adjourned Date:  April 2, 2020 at 2:00 p.m.

Charles M. Rubio
Sheryl P. Giugliano
295 Madison Ave, 27th Floor
New York, NY 10017
Tel: (212) 430-5400
crubio@diamondmccarthy.com
sgiugliano@diamondmccarthy.com

*Counsel to Ponderosa-State Energy, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:

PONDEROSA-STATE ENERGY, LLC,                  Case No. 19-13011 (JLG)

　　　　　　　　　Debtor.                      Chapter 11
--------------------------------------------------------x

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that all matters scheduled to take place on March 3, 2020 at 2:00 p.m. **have been adjourned to April 2, 2020 at 2:00 p.m.**, or such other date thereafter as the Court is available, and are scheduled to be held before the Honorable James L. Garrity, Jr., United States Bankruptcy Judge for the Southern District of New York, in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 601, New York, New York 10004.

Dated: February 28, 2020
　　　　New York, New York

**DIAMOND MCCARTHY LLP**

*/s/ Charles M. Rubio*
Charles M. Rubio
Sheryl P. Giugliano
295 Madison Avenue, 27th Floor
New York, New York 10017
(212) 430-5400

*Counsel to Ponderosa-State Energy, LLC*