UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In re:

    PONDEROSA-STATE ENERGY, LLC,

        Debtor.

---------------------------------------------------------x

Case No. 19-13011 (JLG)

Chapter 11

# BRIDGE ORDER AUTHORIZING USE OF
# <u>CASH COLLATERAL</u>
# [RELATED TO ECF 3, 119, 145, 147]

Upon consideration of the motion dated September 18, 2019 [ECF 3] (the "<u>Motion</u>") of Ponderosa-State Energy, LLC, as debtor and debtor in possession (the "<u>Debtor</u>") pursuant to sections 361 and 363(c) of the Bankruptcy Code for entry of orders authorizing the Debtor to use cash collateral on an interim basis and a final basis and providing related relief; and the *Third Interim Order Authorizing Use of Cash Collateral and Notice of Final Hearing* [ECF 119] (the "<u>Third Interim Cash Collateral Order</u>") scheduling a hearing on the Motion for March 3, 2020 and approving, on an interim basis, a cash collateral budget that goes through March 14, 2020; and the *Second Supplement To Motion For Authorization Pursuant To 11 U.S.C. §§105, 361, 362 and 363(C) For Use of Cash Collateral* [ECF 145] and the proposed 13-week cash collateral budget (the "<u>Budget</u>") attached thereto; and the Notice of Adjournment [ECF 147] adjourning all matters scheduled for March 3, 2020 to April 2, 2020 at 2:00 p.m. (ET); and the Court having determined that the legal and factual bases set forth in the Motion and the circumstances established in the foregoing referenced pleadings establish just cause for the limited relief granted herein; and is in the best interests of the Debtor, its estate, its creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1. The Debtor shall continue to be entitled to use cash collateral (as defined in section 363(a) of the Bankruptcy Code) to pay all ordinary and necessary expenses in the ordinary course of its business for the purposes contained in the Budget attached as <u>Exhibit A</u> through and including April 2, 2020 and further until this Court enters another order on the Motion.

2. All other terms of the Third Interim Cash Collateral Order remain in full force and effect.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: March 12, 2020
      New York, New York

/s/ *James L. Garrity, Jr.*
THE HONORABLE JAMES L. GARRITY, JR.
UNITED STATES BANKRUPTCY JUDGE