# Exhibit A

PONDEROSA-STATE ENERGY, LLC, Case No. 19-13011 (Bankr. S.D.N.Y)  
Third 13-Week Budget

3/15/20 - 6/13/2020  
Weeks 27-39

| Ref: | | Week # | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | # of Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Week Start | 3/15/2020 | 3/22/2020 | 3/29/2020 | 4/5/2020 | 4/12/2020 | 4/19/2020 | 4/26/2020 | 5/3/2020 | 5/10/2020 | 5/17/2020 | 5/24/2020 | 5/31/2020 | 6/7/2020 | 90 |
| | | Week Ended | 3/21/2020 | 3/28/2020 | 4/4/2020 | 4/11/2020 | 4/18/2020 | 4/25/2020 | 5/2/2020 | 5/9/2020 | 5/16/2020 | 5/23/2020 | 5/30/2020 | 6/6/2020 | 6/13/2020 | Total |
| 6 | **PRODUCTION** | | | | | | | | | | | | | | | |
| 7 | Gross Oil (bbl) | | 420 | 420 | 420 | 420 | 420 | 420 | 420 | 420 | 420 | 420 | 420 | 420 | 420 | 5460 |
| 8 | Gross Gas (mcf) | | 560 | 560 | 560 | 560 | 560 | 560 | 560 | 560 | 560 | 560 | 560 | 560 | 560 | 7280 |
| 9 | Total BOE/day | | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | |
| 10 | Invemtory | | 91 | 143 | 11 | 63 | 115 | 167 | 219 | 87 | 139 | 191 | 59 | 111 | 163 | |
| 11 | sold | | 368 | 368 | 552 | 368 | 368 | 368 | 368 | 552 | 368 | 368 | 552 | 368 | 368 | |
| 12 | oil sold/month | | | 1472 | | | | | 2024 | | | | 1840 | | | |
| 13 | gas sold/month | | | 2240 | | | | | 2800 | | | | 2240 | | | |
| 14 | **CASH RECEIPTS** | | | | | | | | | | | | | | | |
| 15 | Gross Oil Revenue | | $ 76,544 | $ - | $ - | $ - | $ - | $ 76,544 | $ - | $ - | $ - | $ - | $ 105,248 | $ - | $ - | $ 258,336 |
| 16 | Gross Gas Revenue | | $ - | $ - | $ 17,500 | $ - | $ - | $ - | $ 11,200 | $ - | $ - | $ - | $ - | $ 14,000 | $ - | $ 42,700 |
| 17 | **Gross Cash Receipts from Operations** | | $ 76,544 | $ - | $ 17,500 | $ - | $ - | $ 76,544 | $ 11,200 | $ - | $ - | $ - | $ 105,248 | $ 14,000 | $ - | $ 301,036 |
| 18 | **TRANSFER TO RESERVES** | | | | | | | | | | | | | | | |
| 19 | Royalty Reserves, GLO payment | | $ 19,136 | $ - | $ 4,375 | $ - | $ - | $ 19,136 | $ 2,800 | $ - | $ - | $ - | $ 26,312 | $ 3,500 | $ - | $ 75,259 |
| 20 | Working Interest Reserves | | $ 28,130 | $ - | $ 6,431 | $ - | $ - | $ 28,130 | $ 4,116 | $ - | $ - | $ - | $ 38,679 | $ 5,145 | $ - | $ 110,631 |
| 21 | **Total Transfer to Reserves** | | $ 47,266 | $ - | $ 10,806 | $ - | $ - | $ 47,266 | $ 6,916 | $ - | $ - | $ - | $ 64,991 | $ 8,645 | $ - | $ 185,890 |
| 23 | **SOURCES OF CASH** | | | | | | | | | | | | | | | |
| 24 | **CASH FROM SPECIAL MASTER** | | | | | | | | | | | | | | | |
| 25 | Estimated Cash Receipts From Special Master | | $ 29,278 | $ - | $ 6,694 | $ - | $ - | $ 29,278 | $ 4,284 | $ - | $ - | $ - | $ 40,257 | $ 5,355 | $ - | $ 115,146 |
| 28 | **Total Cash from Special Master** | | $ 29,278 | $ - | $ 6,694 | $ - | $ - | $ 29,278 | $ 4,284 | $ - | $ - | $ - | $ 40,257 | $ 5,355 | $ - | $ 115,146 |
| 29 | **DIP CASH RECEIPTS** | | | | | | | | | | | | | | | |
| 30 | Total DIP Availability | | $ 500,000 | $ 395,000 | $ 385,000 | $ 370,000 | $ 365,000 | $ 290,000 | $ 290,000 | $ 290,000 | $ 285,000 | $ 210,000 | $ 210,000 | $ 210,000 | $ 210,000 | |
| 31 | Beginning DIP Balance | | $ 75,000 | $ 105,000 | $ 115,000 | $ 130,000 | $ 135,000 | $ 210,000 | $ 210,000 | $ 210,000 | $ 215,000 | $ 290,000 | $ 290,000 | $ 290,000 | $ 290,000 | |
| 32 | Draw/(Repayment) of DIP | | $ 30,000 | $ 10,000 | $ 15,000 | $ 5,000 | $ 75,000 | $ - | $ - | $ 5,000 | $ 75,000 | $ - | $ - | $ - | $ - | $ 215,000 |
| 33 | **Ending DIP Balance** | | $ 105,000 | $ 115,000 | $ 130,000 | $ 135,000 | $ 210,000 | $ 210,000 | $ 210,000 | $ 215,000 | $ 290,000 | $ 290,000 | $ 290,000 | $ 290,000 | $ 290,000 | |
| 34 | **Total Sources of Cash** | | $ 59,278 | $ 10,000 | $ 21,694 | $ 5,000 | $ 75,000 | $ 29,278 | $ 4,284 | $ 5,000 | $ 75,000 | $ - | $ 40,257 | $ 5,355 | $ - | $ 330,146 |
| 36 | **USES OF CASH** | | | | | | | | | | | | | | | |
| 37 | **OPERATING EXPENSES** | | | | | | | | | | | | | | | |
| 38 | G&A Expenses (51% of total) | | $ 16,065 | $ - | $ - | $ - | $ 16,065 | $ - | $ - | $ - | $ 16,065 | $ - | $ - | $ - | $ - | $ 48,195 |
| 39 | Ad Valorem Taxes (51% of total) | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 41 | Severance Taxes (51% of total) | | $ 3,521 | $ - | $ 625 | $ - | $ - | $ 3,521 | $ 400 | $ - | $ - | $ - | $ 4,841 | $ 500 | $ - | $ 13,408 |
| 42 | Lease Operating Expenses (51% of total) | | $ 7,312 | $ 7,306 | $ 6,195 | $ 3,736 | $ 6,496 | $ 4,042 | $ 10,275 | $ 3,736 | $ 6,241 | $ 4,297 | $ 8,716 | $ 4,785 | $ 5,476 | $ 78,611 |
| 43 | CapEx | | | | | | | | | | | | | | | $ - |
| 44 | **Total Operating Expenses** | | $ 26,898 | $ 7,306 | $ 6,820 | $ 3,736 | $ 22,561 | $ 7,563 | $ 10,675 | $ 3,736 | $ 22,306 | $ 4,297 | $ 13,557 | $ 5,285 | $ 5,476 | $ 140,214 |
| 45 | **CHAPTER 11 RELATED EXPENSES** | | | | | | | | | | | | | | | |
| 46 | U.S. Trustee | | | | | | | | | | | | | | $ 4,875 | $ 4,875 |
| 47 | Debtor Professional Fees - Legal | | $ 50,000 | | | | $ 50,000 | | | | $ 50,000 | | | | | $ 150,000 |
| 48 | Debtor Professional Fees - Accounting | | $ 1,500 | | | | $ 1,500 | | | | $ 1,500 | | | | | $ 4,500 |
| 49 | Adequate Protection Payments | | | | $ 15,083 | | | | $ 15,021 | | | | | $ 14,958 | | $ 45,063 |
| 50 | DIP Lender Fees | | $ 2,500 | | | | $ 2,500 | | | | $ 2,500 | | | | | $ 7,500 |
| 51 | **Total Chapter 11 Related Expenses** | | $ 54,000 | $ - | $ 15,083 | $ - | $ 54,000 | $ - | $ 15,021 | $ - | $ 54,000 | $ - | $ - | $ 14,958 | $ 4,875 | $ 211,938 |
| 52 | **Total Uses of Cash** | | $ 80,898 | $ 7,306 | $ 21,903 | $ 3,736 | $ 76,561 | $ 7,563 | $ 25,696 | $ 3,736 | $ 76,306 | $ 4,297 | $ 13,557 | $ 20,243 | $ 10,351 | $ 352,152 |
| 53 | **BEGINNING CASH** | | $ 30,000 | $ 8,380 | $ 11,074 | $ 10,865 | $ 12,129 | $ 10,568 | $ 32,284 | $ 10,872 | $ 12,136 | $ 10,830 | $ 6,533 | $ 33,233 | $ 18,346 | |
| 54 | **ENDING CASH** | | $ 8,380 | $ 11,074 | $ 10,865 | $ 12,129 | $ 10,568 | $ 32,284 | $ 10,872 | $ 12,136 | $ 10,830 | $ 6,533 | $ 33,233 | $ 18,346 | $ 7,995 | |

19-13011-jlg Doc 151-1 Filed 03/12/20 Entered 03/12/20 14:47:15 Exhibit Budget Pg 1 of 2

PONDEROSA-STATE ENERGY, LLC, Case No. 19-13011 (Bankr. S.D.N.Y)  
Third 13-Week Budget

3/15/20 - 6/13/2020  
Weeks 27-39

| Ref: | Week # | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | # of Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Week Start | 3/15/2020 | 3/22/2020 | 3/29/2020 | 4/5/2020 | 4/12/2020 | 4/19/2020 | 4/26/2020 | 5/3/2020 | 5/10/2020 | 5/17/2020 | 5/24/2020 | 5/31/2020 | 6/7/2020 | 90 |
| | Week Ended | 3/21/2020 | 3/28/2020 | 4/4/2020 | 4/11/2020 | 4/18/2020 | 4/25/2020 | 5/2/2020 | 5/9/2020 | 5/16/2020 | 5/23/2020 | 5/30/2020 | 6/6/2020 | 6/13/2020 | Total |
| 70 | **OPERATING EXPENSE DETAILS** | | | | | | | | | | | | | | |
| 71 | **FIELD LEASE OPERATING EXPENSE** | | | | | | | | | | | | | | |
| 72 | Total Field Lease Operating Expense | $ 14,337 | $ 14,325 | $ 12,147 | $ 7,325 | $ 12,737 | $ 7,925 | $ 20,147 | $ 7,325 | $ 12,237 | $ 8,425 | $ 17,090 | $ 9,382 | $ 10,737 | $ 154,140 |
| 73 | **G&A EXPENSE** | | | | | | | | | | | | | | |
| 74 | Legal | $ 2,500 | $ - | $ - | $ - | $ 2,500 | $ - | $ - | $ - | $ 2,500 | $ - | $ - | $ - | $ - | $ 7,500 |
| 75 | Accounting | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 76 | Reimbursement of Management Services | $ 29,000 | $ - | $ - | $ - | $ 29,000 | $ - | $ - | $ - | $ 29,000 | $ - | $ - | $ - | $ - | $ 87,000 |
| 77 | **Subtotal** | $ 31,500 | $ - | $ - | $ - | $ 31,500 | $ - | $ - | $ - | $ 31,500 | $ - | $ - | $ - | $ - | $ 94,500 |

\* The production is for demonstrative purposes only. There is a dispute between the Debtor and other parties as to who is the legal owner of the revenue.

\*\* The Debtor reserves its right to contend that all of its expenses including all the Chapter 11 Related Expenses should be reimbursed from the funds held by the special master.