**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Ponderosa−State Energy, LLC          CASE NO.: 19−13011−jlg

Social Security/Taxpayer ID/Employer ID/Other Nos.:   CHAPTER: 11
82−1361694

---

## NOTICE TO ALL CREDITORS AND INTERESTED PARTIES

Please be advised that all Matters scheduled for April 2, 2020 have been adjourned to May 14, 2020 at 2:00 p.m.

Dated: March 30, 2020                    Vito Genna
                                         Clerk of the Court