**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

| | |
|---|---|
| IN RE: Ponderosa–State Energy, LLC | CASE NO.: 19–13011–jlg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 82–1361694 | CHAPTER: 11 |

# NOTICE TO ALL CREDITORS AND INTERESTED PARTIES

Please be advised that all matters scheduled for May 14, 2020 have been adjourned to June 25, 2020 at 2:00 p.m.

Dated: May 7, 2020                     Vito Genna
                                       Clerk of the Court