# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004−1408**

| | |
|---|---|
| IN RE: Ponderosa−State Energy, LLC | CASE NO.: 19−13011−jlg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 82−1361694 | CHAPTER: 11 |

# NOTICE TO ALL CREDITORS AND INTERESTED PARTIES

Please be advised that all matters scheduled for 8/6/2020 have been adjourned to 8/14/2020 at 2:00 p.m.

Dated: August 2, 2020            Vito Genna
                                         Clerk of the Court